✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

STEVEN GOODMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 10-80149-CR-MARRA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kenneth A. Marra | AUSA Paul F. Schwartz | Edward J. Page |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Steven Goodman Medical Chronology |
| | | | | | Declaration of Phillip S. Wise Concerning Steven Goodman Dated July 27, 2012 |
| | | | | | Declaration of Luis Hernandez Concerning Steven Goodman Dated August 13, 2012 |
| | | | | | Dr. Michael S. Maher's Psychiatric Report Dated July 31, 2012 (previously submitted to the Court) |
| | | | | | Video (7.48 minutes long) of Steve Goodman's Daily Activities |
| | | | | | Composite Exhibit of 21 Character Reference Letters |
| | | | | | List of Medications that are Prescribed to Steven Goodman as of Tuesday, August 14, 2012 |
| | | | | | Michael S. Maher, M.D. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages