AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

STEVEN GOODMAN

**EXHIBIT AND WITNESS LIST**

Case Number: 10-80149-CR-MARRA

| PRESIDING JUDGE<br>Kenneth A. Marra | PLAINTIFF'S ATTORNEY<br>AUSA Paul F. Schwartz | DEFENDANT'S ATTORNEY<br>Edward J. Page |
|---|---|---|
| TRIAL DATE(S) SENTENCING 8/17/2012 | COURT REPORTER<br>S. FRANKLIN | COURTROOM DEPUTY<br>K. ZUNIGA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/17/12 | ✓ | ✓ | Steven Goodman Medical Chronology |
|  | 2 | 8/17/12 | ✓ | ✓ | Declaration of Phillip S. Wise Concerning Steven Goodman Dated July 27, 2012 |
|  | 3 | 8/17/12 | ✓ | ✓ | Declaration of Luis Hernandez Concerning Steven Goodman Dated August 13, 2012 |
|  | 4 | 8/17/12 | ✓ | ✓ | Dr. Michael S. Maher's Psychiatric Report Dated July 31, 2012 (previously submitted to the Court) |
|  | 5 | 8/17/12 | ✓ | ✓ | Video (7.48 minutes long) of Steve Goodman's Daily Activities |
|  | 6 | 8/17/12 | ✓ | ✓ | Composite Exhibit of 21 Character Reference Letters |
|  | 7 | 8/17/12 | ✓ | ✓ | List of Medications that are Prescribed to Steven Goodman as of Tuesday, August 14, 2012 |
|  |  |  |  |  | Michael S. Maher, M.D. — DEFT WITNESS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages