1      UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2
      Case No. 10-80149-CR-MARRA
3
UNITED STATES OF AMERICA,   )
4            )
   GOVERNMENT,     )
5            )
   -v-        )
6            )
STEVEN GOODMAN,     )
7            )
   DEFENDANT.     )  West Palm Beach, Florida
8            )  August 17, 2012
 _____)
9

10     TRANSCRIPT OF SENTENCING PROCEEDINGS

11    BEFORE THE HONORABLE KENNETH A. MARRA

12     UNITED STATES DISTRICT JUDGE

13

14 Appearances:

15 FOR THE GOVERNMENT   Paul Schwartz, AUSA
           United States Attorney's Office
16          500 East Broward Boulevard
           7th Floor
17          Fort Lauderdale, FL 33301

18 FOR THE DEFENDANT    Edward J. Page, ESQ.
           Carlton Fields
19          4221 West Boy Scout Boulevard
           10th Floor - Corporate Center III
20          Tampa, FL 33067

21 Reporter       Stephen W. Franklin, RMR, CRR, CPE
 (561)514-3768     Official Court Reporter
22          701 Clematis Street
           West Palm Beach, Florida  33401
23          E-mail:  SFranklinUSDC@aol.com

24

25

```
 1          (Call to the order of the Court.)

 2              THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4              All right.  We are here in the case of the United

 5     States of America versus Steven Goodman, Case

 6     Number 10-80149-CR-MARRA.

 7              May I have counsel state their appearances, please.

 8              MR. SCHWARTZ:  Paul Schwartz on behalf of the

 9     Government.  Good morning, Your Honor.

10              MR. PAGE:  Good morning, Your Honor.  My name is

11     Edward Page.  I'm here on behalf of Mr. Goodman, who's in a

12     wheelchair to my left.

13              THE COURT:  Good morning.

14              MR. PAGE:  Good morning, Your Honor.

15              THE COURT:  All right.  We are here for sentencing.

16     Have both sides reviewed the presentence investigation report?

17              MR. SCHWARTZ:  Yes, Your Honor.

18              MR. PAGE:  I have, Your Honor.

19              THE COURT:  And has the Defendant reviewed it with

20     counsel?

21              MR. PAGE:  Yes, Your Honor, he has.

22              THE COURT:  And there were no objections to the

23     report; is that correct?

24              MR. PAGE:  We filed some objections, Your Honor, and

25     clarifications, but they were minor, and Mr. Santucci, the
```

```
 1   probation officer, resolved all of them.

 2          THE COURT:  You know, I just noted Mr. Santucci's not

 3   here.  We need to wait for him to get here.  So we kinda

 4   jumped the gun.  Let's reconvene as soon as Mr. Santucci gets

 5   here.

 6          MR. PAGE:  Actually, Your Honor, I understand he's

 7   taking his son to college, but there will be someone from

 8   probation here.

 9          THE COURT:  Right.  So we need to wait for the

10   probation officer.  Sorry to jump ahead.  We'll be back as

11   soon as the probation officer gets here.

12     (A recess was taken from 10:19 a.m. to 10:26 a.m., after

13   which the following proceedings were had:)

14          THE COURT:  Good morning, again.  Please be seated.

15          All right.  We're back on the record, and the

16   Defendant's present with counsel.

17          All right.  We've got our probation officer here.

18          So there were some objections that have been resolved

19   as far as the objections to the presentence report, correct?

20          MR. PAGE:  I believe so, Your Honor.  They were all

21   resolved through discussion with the Government and with

22   Mr. Santucci.

23          And I also wanted to point out, Your Honor, I

24   neglected early to introduce Ray Mineau (phonetic), who's also

25   here at counsel table.
```

```
 1                THE COURT:  Good morning.

 2                All right.  So in terms of the guidelines, I will

 3      adopt the findings of the presentence report as the findings

 4      of the Court.

 5                We have some motions for -- well, I guess we also

 6      need to deal with the issue of the three-level reduction

 7      because of the -- he doesn't get acceptance based upon the --

 8      based upon the statutory maximum.  So I guess there's a

 9      dispute between the parties as to where we start the three

10      levels; is that correct?

11                MR. SCHWARTZ:  Well, certainly the Government does

12      not object to the reduction under Rodriguez.  The Court, with

13      the other defendants in a related case, usually started with

14      the higher level that included the applicable guideline range.

15      Here it's a 25, which is 57 to 71 months.  Defense counsel's

16      asking for the 24, 51 to 63 months.

17                The Government would rely on the Court's discretion

18      in that, but previously the Court has usually imposed the

19      higher guideline range.

20                THE COURT:  So for the other defendants in the same

21      position I would, in applying that rationale here, I would be

22      starting at level 25, correct?  That's what I've done in the

23      past, Mr. Schwartz?

24                MR. SCHWARTZ:  Yes, Your Honor.

25                MR. PAGE:  May I be heard on that, Your Honor?
```

```
 1              THE COURT:  Yes.

 2              MR. PAGE:  May I be heard from here, or do you want

 3    me at the podium?

 4              THE COURT:  As long as the court reporter can see you

 5    and hear you, then I guess you can stay there.

 6              MR. PAGE:  All right.  Thank you, Your Honor.  I'll

 7    speak from here if you don't mind.

 8              We addressed this issue in the sentencing memorandum

 9    that we filed with the Court this past Monday, and I looked at

10    this issue pretty hard.  I don't believe there's any authority

11    one way or the other.  I tried to describe it the best I could

12    in the sentencing memo, and the Court's already flagged the

13    issue, and that is when the statutory maximum is the guideline

14    sentence, as it is here, 60 months, there's a choice to be

15    made when two offense levels under the guidelines capture that

16    60 months, as they do here.

17              I've spoken Mr. Mineau.  I've spoken with

18    Mr. Santucci.  I've looked at the guidelines.  I've practiced

19    quite a while.  I don't find any guidance here on this issue

20    other than the rule of lenity, which we included and addressed

21    in the sentencing memo filed with the Court.  And under the

22    rule of lenity, the general rule is if there's not something

23    on point, then we're going to give the benefit of the doubt to

24    the Defendant.  And I'd ask you to do that here, because

25    Mr. Goodman does straddle two offense levels, when his offense
```

```
 1   level guideline sentence is 60 months.  And starting at level

 2   24 certainly captures that, because it's within 51 to 63, and

 3   I think it's the right thing to do and the fair thing to do

 4   absent any authority to the contrary.

 5               THE COURT:  Well, I'm going to be consistent with the

 6   way I've approached this with all the other defendants in this

 7   case by using the level 25.  He's getting the full benefit of

 8   a three-level reduction and getting full benefit of

 9   acceptance.  So I'm going to overrule your request and start

10   at level 25.

11               So based upon the Rodriguez case and the -- giving

12   the Defendant the benefit of acceptance under Rodriguez, I'm

13   going to lower his guideline range to a level 22, which would

14   be a 41- to 51-month range.  So that's where we'll start in

15   terms of the guidelines.

16               Now, let's hear from the Government on the motion for

17   reduction based on substantial assistance.

18               MR. SCHWARTZ:  Yes, thank you, Your Honor.

19               As the Court's aware, this has been a complex and

20   lengthy investigation and prosecution.  There were some

21   tangents to this case that the Government is still continuing

22   to investigate, and I'll explain that to the Court.  But

23   because of those tangents, we asked Mr. Goodman to come in and

24   submit to debriefings.  He did come up, come in.  He submitted

25   to lengthy debriefings.  We found him to be candid and
```

```
 1    cooperative.
 2          What the Government is looking at is that
 3    pharmaceutical wholesalers, Your Honor, under federal law,
 4    code of federal procedure, have a due diligence obligation to
 5    make sure that they are not supplying controlled substances to
 6    what in essence are pill mills or illegal distribution
 7    networks.  Mr. Goodman himself obviously has pled guilty to
 8    that and has some knowledge of those.
 9          We are looking at other pharmaceutical wholesalers
10    all the way back to the pharmaceutical suppliers.  Mr. Goodman
11    has offered and proffered significant information on that, and
12    then he went a step further.  He acted proactively.  We asked
13    him -- the agents sat down with him and asked him to
14    consensually record conversations with targets of the
15    investigation who were themselves salespersons employed by
16    significant pharmaceutical wholesalers that the Government
17    believes were committing criminal acts.  Mr. Goodman made
18    several consensually recorded conversations with these people,
19    and the information he's provided to us has been substantial.
20    We are continuing with that investigation.  That is the next
21    phase of this case.  Of course, at this point we don't know if
22    it will be successful, but Mr. Goodman, certainly his conduct
23    his risen to the level of substantial assistance, and we
24    believe he should get the benefit of a downward departure.
25          The Government's normal recommendation for downward
```

 1   departure is one third, and that's what I would recommend.

 2   But, again, Mr. Goodman was candid, cooperative and did

 3   proactive activities.

 4            THE COURT:  All right.  Thank you.

 5            MR. SCHWARTZ:  Thank you.

 6            THE COURT:  Counsel, do you want to be heard?

 7            MR. PAGE:  Yes, Your Honor.  May I just simply

 8   address that issue?

 9            THE COURT:  Yes.

10            MR. PAGE:  All right.  I was there for the proffer,

11   Your Honor, and I also was instrumental in assisting

12   Mr. Goodman make these consensual calls with representatives

13   of the Government.  He did make several recorded phone calls.

14            As a former state and federal prosecutor, I would

15   concur with the Government's assessment that the information

16   was substantial and meaningful, and that he went above and

17   beyond the call of duty in making consensual calls, and in

18   that regard may have subjected himself to some danger, because

19   those folks knew who was calling, and those calls may at some

20   point in time see the light of day in a trial, hearing or

21   otherwise.

22            So while I appreciate the Government's 33 percent

23   motion and accommodation for Mr. Goodman, because it's a

24   little bit more than just your standard debriefing at this

25   point in time, I would ask the Court to consider rewarding him

1    with a little bit more than the 33 percent because he went

2    above and beyond and did make some recorded calls and may have

3    jeopardized himself and his safety.

4            THE COURT:  All right.  I certainly am going to grant

5    the Government's motion and find that the Defendant has

6    provided substantial assistance justifying a reduction in his

7    sentence.  I guess I'll wait until the end of the hearing to

8    decide exactly how much to award for his substantial

9    assistance after I hear all the arguments on the departure and

10   variance requests by the defense.

11           All right.  So you want to be heard on your departure

12   and variance requests?

13           MR. PAGE:  I do, Your Honor.  Thank you.

14           I'd like to first have Judith Bartell speak to the

15   Court, and she's available and in the rear of the courtroom,

16   Your Honor.

17           Ms. Bartell.

18           THE COURT:  She's going to just make a statement, or

19   is she going to --

20           MR. PAGE:  She's just going to make a statement, Your

21   Honor.

22           THE COURT:  Okay.  Come on, ma'am.  Right up here,

23   ma'am.

24           If you can tell us your name and spell your last name

25   for us.

1          THE WITNESS:  My name's Judith Bartell.  It's spelled

2     B-a-r-t-e-l-l.

3          THE COURT:  Yes, ma'am.

4          THE WITNESS:  Thank you, Your Honor, for allowing me

5     to be heard today regarding my fiance', Steven Goodman.  This

6     information is not included in my letter to the Court, and I

7     hope you'll consider this during your sentencing.

8          His operations at Medical Arts are very simple.  His

9     accounting system still runs under DOS, but the nursing homes

10     and the hospitals that he sells to count on him as the go-to

11     guy when items are in short supply or they can't find

12     something they really need.  His vitamin customers trust him

13     implicitly.  His attention to detail and meticulous standards

14     in order processing, product handling and customer service are

15     in direct conflict with what you'll see in our video

16     presentation, the clutter and chaos that surrounds his desk.

17          I really struggle with how did Steve get here.  He's

18     highly educated, he's well read, he's a loving and very

19     spiritual person.  He understands the risks of morbid obesity,

20     how the body's physiology works, poor diet.  Yet despite his

21     own efforts, he's unable to control his weight.  He is a

22     horder.

23          And what I've learned about Steve is there is a huge

24     disconnect between what he's able to do for others and what

25     he's able to do for himself.  While Steve is a very private

1    person, there are some stories with his life he has shared

2    with me.  There are two in particular that stand out, one of

3    which was his mother was a horder.  She also had a weight

4    problem.  And as a child, he tells me the story, my mother

5    only wanted one child.  Now, Steve is the second of two.  The

6    lady upstairs told my mother she should have a second child.

7    My mother reminded me that story often, I only wanted one

8    child.

9         It seems to me that over time that resonated with

10   Steve and became very painful.  He's never referred to his

11   parents as mom or dad, pop, whatever, nothing shortcut.

12   They're always mother and father.  And I believe Steve has

13   spent a life trying to prove he's worthy of people's love.  I

14   asked him if he remembers getting hugs from his parents,

15   teased in school about his weight, which has been a lifelong

16   battle, who his favorite elementary schoolteacher was.  There

17   is a lot about his life growing up he just can't remember.

18   I'm assuming it's selective memory because memories are so

19   painful he doesn't want to remember them.  But what he does

20   recall is spending a lot of time in his room alone or watching

21   television alone.  He's mostly into science fiction.  He reads

22   a lot of books.  On his bucket list, riding into outer space.

23        His favorite character is Mr. Stock from Star Trek,

24   an alien being who is in total control of his emotions.  Steve

25   has spent his lifetime trying to emulate Mr. Spoke to shield

1    his loneliness.  I asked him why his first marriage didn't

2    work out.  His answer was very nebulous.  He could only say

3    that it just didn't, they were two different people, but he

4    never said a word about they were ever in love with each

5    other.  He regrets never having a family of his own, and I'm

6    not sure that Steve hasn't until now ever been involved in a

7    truly loving relationship.

8            You've already seen through the character letters

9    submitted to the Court that Steve was instrumental in helping

10   my son David, who's now a PFC in the army, get past difficult

11   times in high school and become an Eagle Scout.  I have

12   another son, his name is James, who lives in Cleveland with

13   our three-year-old grandson Aiden.  Steve has encouraged James

14   to finish college, helping him with tuition expenses, books

15   and certification classes.  He considers my children his

16   children.

17           And with no children of his own, over the last 40

18   years Steve has filled a void in his life by adopting

19   abandoned dogs.  Not just any dogs, rottweilers.  They're big,

20   they're loyal, they are sometimes considered dangerous dogs,

21   but Steve has a way with these animals.  And they have a lot

22   in common.  On the outside they're big, they're tough, but on

23   the inside they're just cuddle puppies yearning to be loved.

24           When I met Steve he had a dog named Rodney, a stray

25   that made its way into the Medical Arts parking lot.  Steve

1    took him in, got him treated for mange and fleas, and they

2    were together for about 12 years until Rodney died from cancer

3    two years ago.  Steve was lost.  I've had friends who have

4    lost children, and watching Steve was like watching one of my

5    best friends after her son died.  Steve mourned Rodney as

6    though he had lost a son.  Steve can't let go of his children.

7    Rodney and other past pets, Christie, Eric and Nonie

8    (phonetic) are in earns on a table in our living room, and

9    when Steve dies he would like the dogs buried with him.

10           Within a couple of weeks of losing Rodney, I realized

11   that Steve had become very withdrawn and depressed, so we

12   started looking for another rottweiler to help fill his

13   emptiness.  We found Sadie, a one-year-old puppy suffering

14   from abuse and malnutrition.  Sadie is Steve's constant

15   companion.  He takes her with him almost everywhere we go,

16   including to work every day.  He needs to have her close by at

17   all times, and one of the few pleasures he has left in life is

18   to sit on the edge of the bed and pet Sadie.

19           In the wake of the indictment, Steve is faced with

20   losing all of his professional licenses.  This will cost him

21   his business and his livelihood.  Pharmacy's the only job he's

22   ever known.  These proceedings have had a profound impact on

23   him both physically and emotionally.  In the last year he has

24   gained over a hundred pounds.  He is beyond mortified.  He's

25   humiliated, he's remorseful, and frankly he's scared.  He

1  can't fathom how he permitted his own actions to lead him to

2  this point.  He is regretful, and he constantly berates

3  himself, allowing his behavior to have crossed boundaries that

4  in his 46-year career had never been crossed before.

5       Although we are not married yet, I am here before you

6  as the wife.  I take care of him every day, and I believe that

7  Steve will not survive any amount of incarceration, even if

8  it's only for a day.  I can't imagine how the Bureau of

9  Prisons could care for him.  He is in constant pain both

10 physically and emotionally, and there are certain unpleasant

11 tasks related to his personal hygiene that I do for Steve

12 every day that I am absolutely sure no one in BOP is going to

13 want to do for him.

14      He needs to use the bathroom three to four times per

15 night.  I'm concerned he could die in his sleep from sleep

16 apnea.  While he does use a BiPAP machine, you can tell when

17 Steve stops breathing.  The machine sounds changed.  You can

18 tell when it goes into effect and it's keeping air forced into

19 his body to keep him breathing.  If it lasts for more than a

20 few seconds I will nudge him so he resumes breathing normally.

21 What little sleep he gets is the only peace he knows.

22      In the last year, his heart-related A-fib episodes

23 have increased in both the number of occurrences and the

24 length of time an episode happens.  His doctor has had to

25 double his medication in June of this year.  If he falls he

```
 1    cannot get up unassisted.  Every morning that Steve actually
 2    wakes up next to me I take as a gift.  He's afraid his life
 3    will be over soon and he will die in prison alone.
 4            Your Honor, I can only ask that you please consider
 5    Steve's life's entire work as an offset to a short time of
 6    illicit activity.  He can't explain the why of what he let
 7    transpire, but I know he is extremely sorry for his actions.
 8    It would be a huge burden on everyone involved in Steve's care
 9    if he were sentenced to prison.  So if I could ask for your
10    compassion and request probation instead and fines instead of
11    prison, leave him in my care, it would be the best outcome for
12    everyone.
13            Thank you.
14            THE COURT:  Thank you.
15            MR. PAGE:  Thank you, Your Honor.
16            We have a brief video that I'd like to play as part
17    of some exhibits that I want to introduce, Your Honor, that
18    I've provided to the Government.  This would be about seven
19    and a half minutes.  I'm set up to do that, and it would be
20    Defendant Goodman's exhibit number 5, which is a part and
21    parcel of seven exhibits that I'd like to introduce and make
22    part of the record with the Court right at this point in time.
23            THE COURT:  Any objection?
24            MR. SCHWARTZ:  No objection, Your Honor.
25            THE COURT:  Okay.  I'll admit the exhibits without
```

1    objection.

2         (Defendant's Exhibit No. 1-7 entered into evidence.)

3         MR. PAGE:  Thank you, Your Honor.

4    (Videotape playing.)

5         MR. PAGE:  This is the house where he grew up, Your

6    Honor, in Cincinnati.

7         This is his current location, Your Honor, in St.

8    Petersburg, Florida, on Central Avenue.

9         This is his office area, Your Honor, within the

10   location previously depicted in Defendant's number 7.  It's

11   his, in effect, area of Medical Arts Pharmacy, Inc., where he

12   spends the bulk of his day accepting phone orders for vitamins

13   and noncontrolled pharmaceuticals, such as Lipitor and the

14   like, and shipping them out to customers.

15        This is a pan of his living room and kitchen area,

16   Your Honor.

17        Here, Your Honor, in number 7 he's reaching for his

18   BiPAP machine.

19        Thank you, Your Honor.  That's the conclusion of the

20   video.

21        THE COURT:  Okay.

22        MR. PAGE:  And my first witness that I would call and

23   only witness would be Dr. Michael S. Maher, M-a-h-e-r, who's

24   in the gallery.

25        THE COURT:  Okay.

```
 1                    MR. PAGE:  Thank you.

 2                    THE COURTROOM DEPUTY:  Raise your right hand.

 3            Michael Scott Maher, Defendant's witness, sworn.

 4                    THE COURTROOM DEPUTY:  Please state your full name

 5      and spell your last name for the record.

 6                    THE WITNESS:  Michael Scott Maher, M-a-h-e-r, MD.

 7                    THE COURT:  Have a seat, sir.

 8                    THE WITNESS:  Thank you, Your Honor.

 9                    THE COURT:  If you can try and pull that microphone

10      towards you, speak into it.

11                    Mr. Page, would you mind approaching the lectern?

12      You're going to, I assume, question him?

13                    MR. PAGE:  Yes, I am, Your Honor.

14                    THE COURT:  If you can do it from the lectern,

15      please.

16                    MR. PAGE:  From the lectern?  All right, Your Honor.

17                             Direct Examination

18      BY MR. PAGE:

19      Q    Would you tell us your full name.

20      A    Michael Scott Maher.

21      Q    All right.  When you answer, could you lean into the

22      microphone so we can hear you?

23                    THE COURT:  You can move it up, Doctor.

24                    THE WITNESS:  Okay.

25                    THE COURT:  Thank you.
```

```
1    BY MR. PAGE:

2    Q   How old are you?

3    A   Fifty-nine.

4    Q   And what is your business address?

5    A   50 --

6             THE COURT:  I don't need his business address.

7    BY MR. PAGE:

8    Q   All right.  You've been practicing psychiatry how long?

9    A   Thirty years.

10   Q   Are you a medical doctor?

11   A   I am a medical doctor.  I graduated from the University of

12   South Florida College of Medicine in '79.

13   Q   As part of being a medical doctor and having a psychiatric

14   practice, do you also prescribe medication to patients?

15   A   Yes, I do.  I have a general outpatient psychiatric

16   practice and also evaluate people in the court system, civil

17   and criminal.

18   Q   Do you, as well, see and treat patients with either mental

19   or psychiatric disorders?

20   A   I do.

21   Q   Do you serve the interests of many, rather than one, when

22   you come to court?

23   A   I do.

24   Q   All right.  Have you testified for both the defense and

25   the prosecution?
```

1    A    I have on many occasions.

2    Q    You were asked to see Steven Goodman, correct?

3    A    Yes, I was.

4    Q    Did you prepare a psychiatric report, approximately 13

5    pages, dated July 31st, 2012?

6    A    Yes, I did.

7         MR. PAGE:  That's previously part of the exhibits,

8    Your Honor.  However, we sent that to the Court and to

9    opposing counsel so that the Court would have the benefit of

10   that before today's hearing.  Because it contains confidential

11   and private information, I don't really want to make it a part

12   of the -- an exhibit for the court file.  I did list it as an

13   exhibit, but I don't really want to make it a part of that and

14   have its contents, which have HIPPA issues, as well, if the

15   Court would please.

16        THE COURT:  It's part of the presentence report,

17   which is confidential and restricted, so . . .

18        MR. PAGE:  Correct.

19        THE COURT:  So we'll just leave it there.

20        MR. PAGE:  All right.  Thank you, Your Honor.

21   BY MR. PAGE:

22   Q    I want to ask you some questions about your findings.  You

23   did make some findings regarding Mr. Goodman, correct?

24   A    I did reach some conclusions, yes.

25   Q    And in reaching your findings, did you consult with Luis

1    Hernandez, a former Bureau of Prisons health services

2    administrator?

3    A   Yes, I did.

4    Q   Did you also consult in reaching your findings with Phil

5    S. Wise, a former warden in the Bureau of Prisons for many

6    years?

7    A   Yes, I consulted with both of them.  I spoke to both of

8    them on the telephone on three separate occasions, and I also

9    reviewed some written documentation that they have provided

10   regarding issues related to this case.

11   Q   The written documentation that you looked at in forming

12   your expert opinions in this matter, were those -- did they

13   consist of the declarations that Luis Hernandez and Phil Wise

14   prepared and signed?

15   A   Yes.

16          MR. PAGE:  All right.  And those, Your Honor, are

17   defense exhibits number 2 and 3 previously admitted without

18   opposition or objection.

19   BY MR. PAGE:

20   Q   All right.  The first finding I want to ask you about is

21   one regarding Mr. Goodman's age and life expectancy.  As part

22   of your task in providing forensic consultation here, did you

23   look at data and information regarding Mr. Goodman, his

24   medical condition, his medications and his life expectancy?

25   A   Yes, I did.

1    Q    And did you reach an opinion regarding his life

2    expectancy?  His, meaning Mr. Goodman's?

3    A    Yes, I did.

4    Q    And what is that?

5    A    Essentially the opinion is that his reasonable life

6    expectancy falls in the range of one to three years.  And

7    that's based on a conservative estimate of his medical

8    conditions, how they affect them, established actuarial tables

9    and what I consider to be some vary solid research on the

10   morbidity associated with obesity in elderly.

11   Q    So you're saying one to three years from today?

12   A    Actually, I calculated it from this 69th birthday, which

13   is next month.

14   Q    All right.  September 7th, 2012, he turns 69, correct?

15   A    Yes.

16   Q    So your opinion is that his life expectancy from that date

17   is one to three years?

18   A    Yes.

19   Q    Is this an approximation?

20   A    Certainly.

21        And I don't suggest by any means that it can be

22   exact, but it's the kind of thing I would come up with if the

23   family consulted me about estate planning issues or

24   testamentary capacity issues or making arrangements for

25   children or grandchildren, and they ask me, well, what's

1   reasonable, Doctor?  Can you look into it?  Can you give us

2   some feedback?  This is what I would offer.

3   Q    One of the documents or pieces of information you relied

4   upon in opining that that's -- Mr. Goodman has a one- to

5   three-year life expectancy is a Department of Justice study,

6   is it not?

7   A    Yes, it is.

8   Q    And what does that study indicate?

9   A    It indicates that there is a significant decline in life

10  expectancy in individuals who are incarcerated, possibly

11  somewhere in the range of 10 years.

12  Q    I want to ask you some questions now, Dr. Maher, about the

13  medical conditions Mr. Goodman suffers from.  You were

14  provided a medical chronology, correct, in this consultation?

15  A    I was provided with a variety of medical records and put

16  together a medical chronology, if you will, from those

17  records, his history, the history provided by Judy.  I think

18  that's the sources I used.

19  Q    Is that -- Judy is Judith Bartell?

20  A    Yes, Judith Bartell.

21  Q    All right.  Can you outline in summary fashion the medical

22  conditions that Mr. Goodman suffers from?

23  A    I did, yes.

24  Q    What are those?

25  A    He has a variety of problems.  Obviously, his morbid

```
 1    obesity is the most clear and apparent.  He has a variety of

 2    other medical problems, including atrial fibrillation with

 3    ventricular tachycardia as a complication, which is a

 4    potentially life-threatening condition.  He has a variety of

 5    mental health problems related to his hording behavior,

 6    anxiety, social isolation, agoraphobia, fear of being out in

 7    the world, and he has a variety of personality traits that

 8    tend to produce a very rigid pattern of behavior and make it

 9    extremely difficult for him to adapt to changing circumstances

10    in a positive way.

11         So the combination of the physical problems, the

12    longterm and extremely tenaciously established personality

13    problems and traits and the lack of ability to change create a

14    scenario which reduces his general capacities and makes it

15    extremely unlikely that the prognosis for any of his

16    conditions will be positive, and more likely that it will be

17    negative.

18    Q   Let's go back.

19         What is atrial fibrillation?

20    A   Atrial fibrillation is essentially a trimmer in the upper

21    part of the heart chamber, the heart chamber that feeds blood

22    into the strong pumping chamber, the ventricular chambers of

23    the heart, and is associated with abnormal rhythms.  In his

24    case at least one episode of tachycardia or extremely fast

25    heartbeat, which is a condition which sometimes precedes
```

```
 1   cardiac arrest or heart attack.
 2   Q   You're aware that Mr. Goodman's had many of these
 3   incidents over the past several years, correct?
 4   A   I'm aware that he has many of the atrial fibrillation
 5   incidents.  The ventricular tachycardia have been less
 6   frequent.
 7   Q   He also suffers from high blood pressure, correct?
 8   A   Yes, he does.
 9   Q   And are you aware of how the Bureau of Prisons treats high
10   blood pressure and their success rate?
11   A   I am aware as a result of information provided by Mr. Wise
12   and Hernandez, I have relied on that information, and I
13   believe they said the Bureau of Prisons certainly does make an
14   attempt to treat high blood pressure based on what I would
15   consider to be very good audits of their success reported by
16   Mr. Wise and Mr. Hernandez.  They are not particularly
17   successful in treating it in many patients, and I would expect
18   in an individual with a very complex regime of medications,
19   many of which are not available in the national formulary
20   through the Bureau of Prisons, he will face a very difficult
21   time receiving adequate treatment for all of his medical
22   conditions, particularly his high blood pressure.
23   Q   He also suffers from Type 2, or I believe what's called
24   adult onset diabetes, correct?
25   A   That's correct.
```

1    Q    Would you tell us a little bit about that?

2    A    Type 2 diabetes is a disorder of blood sugar metabolism.

3    In his case he has not required insulin treatment yet, but it

4    is subject to deterioration when other conditions, including

5    high blood pressure and heart disease, worsen, and it results

6    in deterioration essentially of all the body systems.  So it's

7    a metabolic disease which has consequences for all aspects of

8    his other health.

9         It is somewhat surprising, given his health and

10   condition, that he doesn't have more severe diabetes.

11   Q    Requiring medication?

12   A    That's right.

13   Q    I represent to you that his blood sugar recently was 112.

14   Where does that fall on the scale of blood pressure -- I'm

15   sorry, diabetes?

16   A    It would really depend on the circumstances.  That number

17   alone wouldn't be something I would interpret.

18   Q    All right.  I want to ask you some questions about sleep

19   apnea.  I represent to you and I believe you've seen medical

20   records documenting that Mr. Goodman suffers from very severe

21   sleep apnea.  Tell us a little bit about this.

22   A    Sleep apnea is a more recently recognized condition in

23   which an individual stops breathing at night for a variety of

24   reasons often related to their posture.  Not all that well

25   understood.  It is associated with hypoxia, that is decreased

1    oxygen to the brain, which causes a variety of problems.  It

2    causes a spike in blood sugar, it causes cardiac instability

3    and cardiac arrhythmias.  It is associated with longterm

4    development of depression and anxiety, which is often then

5    treated with medication.

6           The various interventions to treat sleep apnea are I

7    would say moderately good in many people, and his BiPAP

8    machine may indeed save his life.  It does not restore a

9    normal pattern of sleep, so he's going to continue to have --

10   he has now and will continue to have an abnormal sleep

11   pattern.

12   Q   There's a difference between a BiPAP and a CPAP, correct?

13   A   Yes.

14   Q   Mr. Goodman has a BiPAP?

15   A   Yes.

16   Q   Can you explain how that differs from a CPAP?

17   A   The CPAP is continuous and expiratory pressure, and a

18   BiPAP is a little bit more complicated than that in terms of

19   how it regulates the respiratory pressure.

20   Q   Is the BiPAP for more serious cases of sleep apnea that

21   require pressure, continuous pressure, as the person inhales

22   and both exhales?

23   A   Yes.  Like I said, it has a cycle that's more complex than

24   the standard CPAP machine.

25   Q   Mr. Goodman also suffers from gout with some arthritis,

```
 1    correct?
 2    A    Yes.  And that's a metabolic condition and is associated
 3    at least statistically with the diabetes and is something
 4    which he requires treatment for and is likely to worsen.
 5    Q    And why is it likely to worsen?
 6    A    It's likely to worsen because it's related to his other
 7    chronic medical conditions.  Those will almost inevitably
 8    worsen with age, and probably rapidly given his circumstances.
 9    The stress of this case and his feelings about it and the
10    potential incarceration also has a negative effect on that.
11    Q    And would the stress of incarceration worsen his gout and
12    arthritis, as well as his other medical conditions that we've
13    discussed?
14    A    It is my opinion that it almost inevitably will worsen all
15    of those.
16    Q    And why?
17    A    Well, the first issue is that unfortunately it appears
18    unlikely that his diet will be better controlled in the Bureau
19    of Prisons than it is outside.  I have consulted extensively
20    with Mr. Wise and Mr. Hernandez regarding this.  And assuming
21    that his diet doesn't change significantly, it's likely to get
22    worse, because he will be under more stress, he will eat more
23    obsessively and compulsively, he will have more unmet
24    emotional needs which he will respond to by attempting to fill
25    himself up with food.  And for all of those reasons, his --
```

```
 1    the pattern and the cycle of his morbid obesity and its

 2    connection to all of his other conditions is likely to

 3    accelerate during a period of incarceration.

 4              THE COURT:  Can I ask a question about that?

 5              MR. PAGE:  Absolutely, Your Honor.

 6              THE COURT:  Doctor, his diet doesn't seem to be being

 7    handled very well under current circumstances.  How could it

 8    be any worse?

 9              THE WITNESS:  Well, certainly you're right, Your

10    Honor.  I mean, the calorie intake is excessive, and that's

11    been a lifelong problem.

12              The reason it could be worse is he could eat even

13    more.

14              THE COURT:  How could he eat more in a prison setting

15    than he does at home, where there's no restrictions on what he

16    eats?

17              THE WITNESS:  Your Honor, I asked Mr. Wise and

18    Mr. Hernandez exactly that question, and what they told me is

19    in spite of everything, he's likely to be in a cafeteria style

20    feeding situation where his diet is not restricted.  They also

21    informed me that the only restrictions to diet are under

22    medical circumstances.

23              THE COURT:  Wouldn't that apply here?

24              THE WITNESS:  Which they described as essentially

25    only if he's in an inpatient-type environment.
```

```
 1            And his drive to eat more is certainly likely to
 2     increase.
 3            Another part of this which is problematic is
 4     apparently the Bureau of Prisons will rely on other inmates to
 5     provide necessary medical support.  And one of the
 6     circumstances and realities that both of these individuals
 7     described to me is that there's a regular trade in canteen
 8     items and food for that.  So, Your Honor, frankly I find it
 9     somewhat astonishing, but both of these people, who I would
10     consider very authoritative and reasonable sources,
11     essentially told me, no, he's going to get as much as he wants
12     to eat while he's in the prison setting.
13            THE COURT:  Were they assuming he was going to be in
14     a typical Bureau of Prisons facility or a medical facility,
15     where I think, and I don't know, that there may be more
16     supervision or control over the inmate and the assistants that
17     are going to be working with him?
18            THE WITNESS:  Yes.  Actually, we discussed that
19     considerably, and apparently there is some question as to
20     whether he would be categorized as a level three care or a
21     level four care.  A level four care is their highest level of
22     care and generally reserved for individuals who are
23     terminally -- immediately terminally ill or acutely ill, and I
24     think that both of their opinion is it would be certainly a
25     level three or a level four.
```

1           The level three care does not provide for any imposed

2    dietary restriction.  The level four would, and it appears un

3    -- it appears to me unlikely that he would be consistently

4    assigned to a level four care.  That is, as I understand it,

5    essentially the same as an inpatient hospitalization.

6           THE COURT:  All right.  Thank you.

7    BY MR. PAGE:

8    Q    Care level four is for cancer-stricken and people who are

9    terminally ill, correct?

10   A    Or somebody who's having an acute medical problem, such as

11   respiratory failure, that requires immediate and 24-hour

12   nursing.

13   Q    I want to continue on with two more of the -- and final

14   medical conditions that Mr. Goodman suffers from.  The next

15   one, multiple colon polyps that surgery removed in the past.

16   A    That's correct, and he had I think four colonoscopies.  On

17   each occasion there were polyps removed.

18   Q    Is Mr. Goodman due for another colonoscopy?

19   A    He is.  Actually, he postponed it because of the

20   circumstances of this case and because of his inability to

21   deal with his various medical problems.

22   Q    Okay.  And, finally, you noted in your report dated

23   July 31st, 2012, that Mr. Goodman had weight loss surgery back

24   in 1995, correct?

25   A    He did.

1    Q    Can you tell us a little bit about that?

2    A    He had a pretty typical weight loss surgery.  They removed

3    a large part of skin and adipose tissue, 150 pounds or so.  He

4    had a complication, including a potentially fatal respiratory

5    failure, tracheostomy and so on.  And for that reason, he is

6    frightened of further weight loss surgery and also further

7    aggressive and invasive processes to help him with his weight

8    problem.

9    Q    You're also aware and made it a part of your findings and

10   expert opinions that Mr. Goodman is on several medications for

11   the medical conditions that you just described, correct?

12   A    That is correct.

13   Q    All right.  One is a drug called Flecainide.

14            MR. PAGE:  These are at -- this list, Your Honor, is

15   at Defendant Goodman's exhibit 7, part of the notebook that I

16   handed the Court before.

17   BY MR. PAGE:

18   Q    Is Flecainide able to control atrial fibrillation?  Is

19   that what that's for?

20   A    That is the intent of it, and it is my understanding based

21   on the medical records and his reports to me that it is

22   reasonably effective in doing that.  Not a hundred percent

23   effective, but reasonably effective.

24   Q    Was Mr. Goodman's Flecainide dosage unit recently

25   increased?

```
 1   A   It was, yes.

 2   Q   And why?

 3   A   Because he was having more episodes of atrial

 4   fibrillation.  They were increasing in spite of the medication

 5   being present.

 6   Q   The second drug that he's on or medication is Halfprin,

 7   correct?

 8   A   Yes.

 9   Q   What is that?

10   A   It's a medication that reduces clotting, reduces platelet

11   stickiness, if you will.  It overlaps with the effect of

12   aspirin, but it is different and effective in somewhat

13   different ways.

14   Q   He's also on vitamin D, correct?

15   A   Yes.

16   Q   What is vitamin D for?

17   A   In his case it's related to bone density issues and the

18   need to maintain optimal, as much as possible, calcium

19   metabolism.

20   Q   Is there a problem with that with someone who weighs

21   approximately 524 pounds, as Mr. Goodman does?

22   A   Yes.  His bones need to support more weight than the

23   normal person, and if he falls or ends up in an awkward

24   position he can break a limb doing what, for other people,

25   would be simply normal activities.
```

```
 1   Q    Why is that?

 2   A    Because the tremendous amount of weight which might be

 3   shifted to a limb.

 4   Q    Mr. Goodman's also prescribed Flomax, correct?

 5   A    Yes.

 6   Q    What is Flomax?

 7   A    It's related to bladder functioning and allowing him to

 8   empty his bladder, in part related to his obesity, also

 9   related to his benign prostatic enlargement.

10   Q    Mr. Goodman's also prescribed Lipitor.

11   A    And he has high cholesterol, and that's a standard

12   treatment and seems to be reasonably effective for him.

13   Q    There's a blood pressure medicine that Mr. Goodman is

14   prescribed.

15   A    Spironolactone.

16   Q    What is that?

17   A    It is a blood pressure medication.  It is a kidney

18   diuretic.  It tends to produce -- promote the kidney, reducing

19   fluid overload and has some effect on electrolyte balance.

20   Q    The next medication Mr. Goodman is on is Uloric

21   40 milligrams.  What is that?

22   A    Uloric is a medication which affects uric acid metabolism

23   and reduces the crystallization of uric acid in the joints,

24   thereby reducing gout symptoms.

25   Q    Mr. Goodman has had problems with gout and arthritis,
```

1    correct?

2    A    Yes.

3    Q    Is that painful?

4    A    Is.

5    Q    And why?

6    A    Because the uric acid crystals tend to form in joint

7    spaces, and joint spaces are particularly sensitive to foreign

8    body.  It's a little bit like having sand rub between bones.

9    Q    Another medication Mr. Goodman is prescribed is Colcrys,

10   C-o-l-c-r-y-s, correct?

11   A    Yes, and Colcrys is a Colchicine-like medication also used

12   to reduce -- to affect uric acid metabolism and reduce gout

13   symptoms.

14   Q    Also, Mr. Goodman is prescribed testosterone in the form

15   of Testim, T-e-s-t-i-m, correct?

16   A    Yes.

17   Q    What's that for?

18   A    It's a testosterone cream to raise testosterone level.

19   There are a variety of health indications for that, and

20   related, among other things, to his obesity.

21   Q    Also, Mr. Goodman is prescribed what we talked about a

22   little bit already, and that's a BiPAP machine for sleep

23   apnea.  That's a prescription, correct?

24   A    Yes.  And I would say that it's certainly medically

25   necessary.

1   Q   And, finally, Mr. Goodman has a Combivent inhaler, as

2   well, as a last prescription, correct, that you're aware of?

3   A   Yes.  Since his surgery and respiratory failure he's had

4   some tendency toward breathing or bronchospasm, and the

5   inhaler inhibits that.

6   Q   Now, so you're aware that Mr. Goodman is prescribed

7   approximately 11 medications currently, correct?

8   A   Yes.

9   Q   In your consultation with Luis Hernandez, the former

10  Bureau of Prisons health services administrator, and Phil

11  Wise, the former Bureau of Prisons warden, both of whom, as

12  you know, prepared declarations for this case, did you discuss

13  these medications and learn about the Bureau of Prisons

14  formulary?

15  A   Yes.

16  Q   Would you tell the Court briefly about the Bureau of

17  Prisons formulary.

18  A   Yes.

19          Your Honor, the opinion I have about this that I

20  think is worth considering is that he has -- Mr. Goodman has a

21  complex set of medications, about half of which are on the

22  Bureau of Prisons formulary.  So those medications, assuming

23  the doctors feel they're indicated, and I would expect they

24  will, are likely to be immediately available in the doses he's

25  currently taking.  The other five medications are not

```
 1    available on the formulary.  Now, they have alternative
 2    medications which are intended to provide the same medical
 3    benefit, but unfortunately, particularly in complex medication
 4    cases, alternative medications that may provide the benefit
 5    sometimes don't in a specific individual.  So they're going to
 6    be faced with finding approximately half of his medications.
 7    They will need to find alternative treatments, which are not
 8    simply a change of generic to brand but an actual different
 9    chemical intended to do the same medical intervention.  And it
10    is inevitable that that will be a difficult medical task.  It
11    would be my opinion that it's likely that the balance of
12    medications that he currently has will not be able to be
13    duplicated, and there will be some decline in the
14    effectiveness of those medications for that reason.
15             It's also my understanding that it's very difficult
16    to go outside of the formulary, that it is possible, but that
17    it may, under some circumstances, take months to get out, to
18    have authorization to use medications outside of their
19    formulary.
20             THE COURT:  Can I ask another question?
21             MR. PAGE:  Absolutely, Your Honor.
22             THE COURT:  Do you know if the -- if it can be done
23    in terms of finding other medications that might meet his
24    needs or the need to get approval to continue to provide the
25    medications that he's actually using now, can that be done
```

```
 1   before he actually would have to report to a prison facility?

 2              THE WITNESS:  It is a question that came up and was

 3   specifically -- I specifically asked Mr. Hernandez that, and I

 4   don't think he had any experience in someone attempting to do

 5   that, but his clear statement was that that is not the

 6   procedure, and when patients or families try to arrange for or

 7   even provide medications from the outside so that their

 8   medication regime doesn't have to be disrupted, that is not a

 9   procedure that the Bureau of Prisons accepts or supports.

10              This was particularly in relation also to

11   antidepressant medications and the treatment of depression.

12              THE COURT:  Thank you.

13   BY MR. PAGE:

14   Q    So to sum up regarding the Bureau of Prisons formulary,

15   Mr. Goodman would have, when he reports, if the Court

16   sentences him to a period of imprisonment, he would have a

17   medical consultation, correct?

18   A    Yes.

19   Q    And at that point in time he would be taken off of his

20   current regime of medications, correct?

21   A    Essentially, his current regime would be discontinued, and

22   some of them I would expect would be immediately restarted,

23   but some of them would not be restarted because they're not

24   available.

25   Q    All right.  And the ones that would be substituted
```

```
 1   would -- are not the current ones that he's on?

 2   A    That's correct.

 3   Q    They are something like it and designed to treat that?

 4   A    That's right.

 5   Q    But they're not the ones that he's on?

 6   A    That's correct.

 7   Q    Is that a problem as an MD?

 8   A    Yes.

 9   Q    Why?

10   A    Because it's a complex regime of medications.  Because

11   with this many different medications, there are many, many

12   particular circumstances of weighing risk and benefit, benefit

13   and side effect, and the more complex the regime is the more

14   difficult it is to achieve that balance.  So when you disrupt

15   that balance through whatever circumstance, it is sometimes

16   very difficult to get back to that physiological

17   pharmacological balance where a complex regime of multiple

18   medications is working together with adequate effect and

19   minimal side effect.

20   Q    Is the substitution of medications all at once, up to

21   perhaps five or six, is or can that be life-threatening?

22   A    It certainly can be life-threatening, yes.  I wouldn't

23   ever do that thing -- institute that in clinical practice if I

24   had any choice.  I wouldn't consider it a responsible choice.

25   Q    For the reasons you stated?
```

```
1    A    Yes.

2    Q    Okay.  So it's possible it could be life-threatening?

3    A    It is.

4    Q    All right.  Can you give the Court some idea within a

5    reasonable degree of medical certainty on the scale of

6    possibly, maybe, probably, likely, or is that not feasible?

7    A    I don't think it's likely.  It certainly is something that

8    if I was asked to do it by a family member, I would say this

9    is really dangerous.  And if they said to me, well, are you

10   saying he could die from it?  I would say, I don't think so,

11   but it's possible.  So it's certainly strong enough that I

12   would consider it clinically relevant in my practice.

13   Q    And as a result of this, whether the person's life is

14   threatened or not, does the patient suffer?

15   A    Yes.

16   Q    And how?

17   A    They almost always will have some change in side effects,

18   some increase in anxiety about side effects, and they very

19   often have a decline in the benefits of the medication.  So

20   increased fatigue, shortness of breath, pain, new side effects

21   or symptoms, increase in nuisance side effects or symptoms to

22   something that's worse.  All of those things are likely when

23   these kinds of medication changes are made.

24   Q    Could it likely trigger another bout of atrial

25   fibrillation?
```

1    A    That would be one of the very high probability events,

2    yes.

3    Q    And --

4    A    Because it's stress related, and it's related to the fine

5    balance of medication, and it's related to high blood

6    pressure.  So it's related to a lot of things that, when

7    thrown off balance, are likely to result in atrial

8    fibrillation.

9    Q    You also made some conclusions about Mr. Goodman's mental

10   health status, correct?

11   A    I did.

12   Q    Did you watch the video that I played for the Court?

13   A    I did.  And it's the first time I've seen that actually

14   visually depicted.

15   Q    You've heard about it before, correct?

16   A    I have.

17   Q    And you've seen documentation about it before?

18   A    About his hoarding in particular, yes.

19   Q    Did you see examples of hoarding in that video that I

20   played for Judge Marra in the court?

21   A    Yes.  I believe those multiple stacks of paper and

22   materials and the crowded hallways, those are things that

23   are -- and crowded spaces are very typical of people with

24   clinically significant depression, obsessive compulsive

25   disorder, dependency disorders and patterns of hoarding.

```
 1   Q    Now, when you look at Mr. Goodman, he's about 5'8, 5'9

 2   tall and about 520 or 524 pounds, correct?

 3   A    Yes.

 4   Q    It's apparent to you after a little bit, something's

 5   wrong?

 6   A    Yes, that's certainly correct.

 7   Q    Is that what you were tasked to look into as a part of

 8   your job here forensically consulting in this case?

 9   A    Yes.

10   Q    And so you interviewed Mr. Goodman; you looked at a

11   variety of documents?

12   A    That's correct.

13        Also interviewed Judy Bartell.

14   Q    And who's Judy Bartell?

15   A    His fiance'.

16   Q    All right.  Thank you.

17        So you identified some obsessive compulsive symptoms.

18   I think you also mentioned earlier in your testimony some

19   social isolation?

20   A    Yes.

21   Q    Briefly what are obsessive compulsive symptoms?

22   A    He has a pattern of dealing with his variety of lifelong

23   problems, including his eating and dependency problems, with a

24   rigid pattern of following his own guidelines and rules, some

25   of which at some times make a lot of sense, but some of which
```

 1   at other times really don't make any sense at all.  They're

 2   not logical at all.  Which is related, for example, to the

 3   hoarding behavior.  So it makes sense for all of us to keep

 4   some stuff and some papers and some things in our attics, and

 5   at some point it doesn't make any sense at all.  And when it

 6   intrudes on the hallway so we can't comfortably walk down the

 7   hallway, we've crossed a line from what makes sense to what

 8   doesn't make sense.  And you see that in his life repeatedly,

 9   and especially now, and it's in those videos.

10   Q    What is hoarding?  What about it?  What causes it?  Why is

11   it a component of Mr. Goodman's picture?

12   A    It's related to his inability to fill himself with -- up

13   with what he thinks he needs.  So it's a pattern that is

14   connected also to his eating and his obesity.  It is a pattern

15   of a deep psychological impairment related to feeling needy

16   all the time and needing to hold onto and to get and have food

17   and stuff and things that provide some reassurance, but a

18   pretty false limited reassurance.

19   Q    All right.  I'm not a psychiatrist.  Can I say accurately

20   that Mr. Goodman is addicted to food as a result of his

21   various issues?

22   A    I sort of object to throwing the word "addicted" to

23   everything, but he certainly has a psychological biological

24   dependency, which is pathological, on food.  So that's

25   essentially an addiction.

1    Q    Is it possible for him, Mr. Goodman, to change in your

2    opinion?

3    A    He's not an individual who has substantial capacity to

4    change.  His personality structure from the time he was a very

5    young person is rigid.  It has been reinforced over and over

6    again to become more like it's been rather than less like it's

7    been.  He's 68 years old.  Change doesn't get easier as we get

8    older.  It is possible.  People have it, but it's a negative

9    element.  He is fragile in the sense of being rigid and

10   brittle.  So his capacity to change is very threatening to the

11   stability that he does have.

12         His surgery for his weight loss is an example of a

13   real effort on his part to change something that needed to be

14   changed, and from his point of view and a medical point of

15   view he nearly died as a result of that.  So his motivation to

16   change, his comfort with change, his ability to change,

17   looking at his psychological and medical circumstances, is

18   extremely limited.

19   Q    If sentenced to -- I want to switch to a different topic

20   now.  Thank you.

21         And talk about two issues in finishing your

22   testimony.  Number one, broadly how Mr. Goodman will handle or

23   would handle any period of incarceration, number one.

24         And, number two, which you've already dealt with a

25   little bit in your testimony, Dr. Maher, how the Bureau of

```
 1    Prisons would deal or handle any period of incarceration of

 2    Goodman.  All right?

 3           So the first category, how Mr. Goodman would handle

 4    or deal or confront the issues inherent in a Bureau of Prisons

 5    sentence.  All right?  Number one there.  Can you give us a

 6    summary?  You're aware of his daily activities and what he

 7    needs assistance with, correct?

 8    A   Yes.

 9    Q   All right.  Would Mr. Goodman require any special care

10    that might not be available in the Bureau of Prisons?

11    A   He certainly does require special care, and sort of -- his

12    activities of daily living, dressing, toileting, making

13    arrangements for himself on a daily basis and taking care of

14    himself is extremely limited, and it sort of -- whether we

15    might accept it or like it or believe it's necessary or not,

16    his obesity and his medical problems essentially require that

17    some other person be present to help him with some of these

18    activities, including toileting activities, dressing,

19    potentially getting in and out of bed, getting up from a floor

20    or a low sitting position.

21           So that's something that his fiance' Judy does for

22    him pretty much, and he has a very narrowly arranged

23    environment in which the doors and the seats and the places he

24    has to go to and from are constrained such that he can operate

25    within those.  This is obviously not going to be the
```

```
1    environment he confronts in the Bureau of Prisons.
2    Q   All right.  Are you referring to the stools that you saw
3    on the video that I played for the Court?
4    A   That would be an example, yes.
5    Q   All right.  So let's talk about a few of these issues.
6            You're aware that in the Bureau of Prisons,
7    Mr. Goodman would be assigned at some care level, one, two,
8    three or four, and would be required to get a bed to sleep on,
9    correct?
10   A   Yes.
11   Q   And are hospital beds something that Mr. Goodman would
12   require because of his size and medical conditions?
13   A   He would certainly require a specialized bed in terms of
14   its ability to support his weight, in terms of the height of
15   the bed.  If it's too low, he's not going to be able to get
16   out of it without assistance.  So both of those things would
17   be relevant.  A hospital bed might provide that.  Some other
18   specialized bed might also.  I have discussed this with
19   Mr. Wise and Mr. Hernandez, and they both tell me except in
20   the level four care, that's not going to be available to him.
21   Q   A hospital bed won't be available?
22   A   That's right.
23   Q   Another regular bed will be available?
24   A   Yes.
25   Q   And do you see that as being problematic for Mr. Goodman
```

```
 1    if he was imprisoned?

 2    A    Yes.

 3    Q    And how so?

 4    A    Being able to get into and out of bed is a problem.  Being

 5    able to -- assuming he has a BiPAP machine available, being

 6    able to get it in place and use it appropriately is likely to

 7    be a problem.  The standard incarceration environment is not

 8    going to support the use of his necessary medical device.

 9    Q    Are you also aware that when Mr. Goodman, if he would --

10    were to arrive at the Bureau of Prisons, he might displace

11    another inmate from their hospital bed if he was assigned to a

12    care four facility?

13    A    This is what I have been told and relied on by both

14    Mr. Hernandez and Mr. Wise, yes.

15    Q    Are you aware that if a suitable bed was not available,

16    that Mr. Goodman might be assigned to a special housing unit?

17    A    Yes.

18    Q    And that's where there are no hospital beds, correct?

19    A    Yes, that's correct.

20    Q    If there are no hospital beds and Mr. Goodman was assigned

21    to a special housing unit, according to Wise and Hernandez in

22    their declarations, would Mr. Goodman be assigned to a regular

23    two-man cell with standard bunk beds?

24    A    That is their opinion and conclusion, yes.

25              One of the themes here that I think is important to
```

```
 1    point out is that the special options and responses to his
 2    situation, his needs, his unique circumstances, tend to be
 3    things which are not especially useful to him because of the
 4    morbid obesity.  He is sufficiently unusual that the Bureau of
 5    Prisons' responses to his special needs are likely to be
 6    unhelpful rather than helpful.
 7    Q   We've already talked about the Bureau of Prisons
 8    formulary, but let me ask you, according to Luis Hernandez, a
 9    27-year veteran of the Bureau of Prisons, how would
10    Mr. Goodman go about getting daily care?  Would that be
11    through what's called the chronic care clinic?
12    A   That's correct.  And that's a clinic that also utilizes
13    inmate services to support for transportation and some other
14    things.
15    Q   Let's talk about that.  The Bureau of Prisons does have a
16    inmate caregiver program, correct?
17    A   Yes.
18    Q   And you're aware of that?
19    A   Yes, that has been described to me in some detail.
20    Q   It's not limited, though, is it?
21    A   I'm sorry, limited?
22    Q   In terms of its availability 24 hours a day.
23    A   It is limited.
24    Q   Okay.  How is it limited?
25    A   In that it -- well, first of all, these are volunteers, in
```

```
 1    effect.  So the inmates don't have to participate with the

 2    particular person they're assigned to, and they are inmates

 3    who have only a certain incentive to do what might need to be

 4    done.  And they're not available 24 hours a day by any means.

 5    Q   All right.  And doesn't Luis Hernandez also say that some

 6    of these caregivers are often housed in other segregation

 7    units and unavailable?

 8    A   Yes.  These are not companions who are present with a

 9    needy inmate all the time.

10    Q   If it's voluntary, does Mr. Hernandez, in his declaration,

11    speak to the issue of pay or money being traded for these

12    services?

13    A   Yes.  And that's one of the problems with the food trading

14    coming up.

15    Q   You also consulted with Phil Wise, a former Bureau of

16    Prisons warden, correct?

17    A   Yes.

18    Q   And did Mr. Wise make the point involving the area of

19    visitations and the strip searches, or strip searches I should

20    say, that occur before and after a visitation?

21    A   Yes, he did.

22    Q   Would you tell the Court a little bit about that, please?

23          THE COURT:  I've already read these documents, so I

24    don't know why he needs to tell me what's already -- I've

25    already read.
```

```
 1              MR. PAGE:  All right.

 2              THE COURT:  We're spending a lot of time having him

 3    repeat what Mr. Hernandez and Mr. Wise said in their

 4    affidavits, which I've read.  So I don't know why we need to

 5    have him tell me what I've already read.

 6              MR. PAGE:  I appreciate that, Your Honor, and I'll

 7    move on.

 8    BY MR. PAGE:

 9    Q   Dr. Maher, is there anything else that you feel the Court

10    should know about how Mr. Goodman will acclimate and the

11    issues that he'll confront at the Bureau of Prisons?

12    A   I think we've covered it.

13    Q   All right.  And anything else you feel the Court should

14    know about how the Bureau of Prisons, through its policies,

15    rules, regulations and the like, will handle an inmate such as

16    Mr. Goodman of his weight and medical condition and medical

17    history?

18    A   I don't really think I can add to what the Court already

19    has on that subject.

20              MR. PAGE:  I don't have anything further for

21    Dr. Maher, Your Honor.  Thank you.

22              THE COURT:  Thank you.

23              Any questions, Mr. Schwartz?

24              MR. SCHWARTZ:  No, Your Honor, thank you.

25              THE COURT:  Thank you, Doctor.
```

```
 1              THE WITNESS:  Thank you, Your Honor.

 2              THE COURT:  Anything else?

 3              MR. PAGE:  Yes, Your Honor.  Mr. Goodman would like

 4     to make a statement to the Court.

 5              THE COURT:  All right.

 6              THE DEFENDANT:  Your Honor, excuse me for not

 7     standing.  I was going to try to stand for this, but I'm

 8     having a little problem right now.

 9              THE COURT:  That's quite all right.

10              THE DEFENDANT:  And standing would not be good.

11              THE COURT:  Don't worry about it.

12              THE DEFENDANT:  I know and admit that I broke the

13     law.  I should have devised and operated a system for

14     detecting suspicious orders and reporting them to the DEA, as

15     required.  I was a fool.  I was stupid.  I knew better than to

16     sell to doctors at pain clinics, but I did it.

17              I've been working in pharmacy since 1962, and as a

18     licensed pharmacist since '66.  From 1995 to the present, I've

19     been the owner of a wholesale pharmaceutical distributor.  In

20     all my years in pharmacy, I've never had a problem until I

21     made my foolish mistakes in 2008.  I have no excuses for what

22     I did and in what I didn't do.  All I can say about pharmacy

23     is that I've been very blessed being a pharmacist and being in

24     pharmacy.  I've been doing this for 50 years.  There aren't

25     many people that can say that they've loved their job every
```

1   day of their career the way I have loved pharmacy, and I'm

2   sorry that I'm going to be losing my licenses, it appears, and

3   that I won't be able to do it anymore.

4          By my actions I've disgraced myself, my integrity and

5   my profession.  I've hurt my family, my fiance', Judy Bartell,

6   and her family.  I've already told my family, and I'm telling

7   you and the prosecution team here today, I am truly sorry for

8   what I've done.  I have embarrassed myself and my family.  By

9   my actions, I'm going to lose my licenses and the only career

10  I have ever known.  I accept responsibility for what I have

11  done.  I have cooperated.  I have pled guilty.  I have tried

12  to make amends, and I have offered to help in other cases and

13  have done that already.

14         I am 68, soon to be 69.  I am in poor health and may

15  not be alive much longer.  I am sick at what I let happen.  I

16  ask for your understanding.  Already two of the defendants

17  have died.  I don't want to be the third.  I am afraid that

18  I'll be more of a burden to the Bureau of Prisons than the

19  system can handle.  I will not receive the care that I

20  desperately need to help keep me alive and in the kind of care

21  that I have been receiving in the community, and I don't want

22  to die in the prison.

23         I feel that I am at great risk if I am incarcerated,

24  and I beg for your mercy and forgiveness.  I assure you that

25  nothing like this will ever happen again.  I would like a

```
 1   second chance and hope that my 46-year career without a
 2   blemish will be a factor in your decision.
 3        Thank you for considering my circumstances and
 4   listening to me.  Again, I ask for your mercy.
 5        THE COURT:  Thank you, sir.
 6        All right.  Mr. Schwartz, do you want to be heard on
 7   what you think an appropriate sentence would be?
 8        MR. SCHWARTZ:  Your Honor, the Government relies on
 9   the Court's discretion in the sentencing of this defendant.
10   Obviously the 3553 factors are very strong.  The Court is
11   obviously very well aware of this Defendant's actions in
12   comparison to the actions of the other defendants in this
13   case.  So basically the Government relies on the Court's
14   discretion.
15        THE COURT:  All right.  Thank you.
16        MR. SCHWARTZ:  Thank you.
17        THE COURT:  Mr. Page, anything else?
18        MR. PAGE:  Briefly, Your Honor.
19        And I appreciate the Court's indulgence.  I know that
20   I sent the Court a lot of documents, including character
21   letters, a 30-Page sentencing memorandum, and the Court heard
22   Dr. Maher's testimony today.
23        This is a unique situation.  I've been practicing a
24   long time.  I've never represented someone who's confronted
25   these kind of weight issues, coupled with the background of
```

 1     his mental history.  And I've been representing Mr. Goodman

 2     for over a year now since Mr. Schwartz sent Mr. Goodman a

 3     subpoena, and I got involved as a lawyer in Tampa because

 4     Mr. Goodman lives in St. Petersburg.  And I've been struggling

 5     to find out and answer for my own what makes him tick and how

 6     come he's been obese for so long.  And I was the one who

 7     reached out to Dr. Maher, Your Honor, because I thought it was

 8     important for the Court to understand that there is a lot of

 9     weight prejudice in our society, and I think it's important to

10     understand, and I think Dr. Maher helps us understand that,

11     that whether you call it a ghost or some other hidden factor,

12     but something's driving Mr. Goodman to eat like he does.  It's

13     been a lifelong problem, but it's been, you know, out of

14     control for the past 20 years, and it doesn't look like he can

15     fix it.  The leopard I don't think here can change his spots

16     even in the Bureau of Prisons without some super-duper

17     intervention that I cannot envision.

18             But the reason I asked Dr. Maher to look at this was

19     because I thought it was very important, because our weight

20     prejudices in society tell us that, you know, you have too

21     much over the weekend, well, Monday those pants are going to

22     be tight.  And that's what I grew up with, and, in fact,

23     afflicts me.  But somehow I'm able to stop.  I don't think

24     Mr. Goodman is, and I don't think its intentional.  Something

25     is driving him in there to keep eating and become addicted to

```
 1    food.  It's frustrating, it's maddening, but he has had some

 2    weighed surgery in the past.  It didn't go well.  He had an

 3    emergency tracheotomy.  So that's kind of scared him off from

 4    that area.

 5          But he comes to us as he is.  He's got a number of

 6    medications, a number of medical conditions.  Dr. Maher

 7    testified about his obsessive compulsive behavior.  You saw it

 8    in the video, the hoarding here and there, the clues.  You

 9    know, in police work they call these clues in my view are

10    unmistakable.  This is a different person, and he's not going

11    to do well in the Bureau of Prisons, and the Bureau of Prisons

12    is going to struggle to care for him on a daily basis.  And

13    that struggle, there will be no winner.  The only struggle

14    there, Mr. Goodman will be a loser and the Bureau of Prisons

15    will feel frustrated because they're just going to struggle to

16    deal with his numerous conditions and his lack of mobility,

17    the issues that we addressed in the sentencing memo and in the

18    Wise and Hernandez declarations.

19          So I put it in the sentencing memo, Your Honor, and

20    that is that we feel that a sentence of probation is fair

21    given Mr. Goodman's entire situation and scenario, and with a

22    condition of that probation being a year of home confinement.

23          We're also cognizant, for example, that the Court in

24    a codefendant, Dr. Lizarazo, that you imposed a condition of a

25    four-year probationary sentence with a term of three years of
```

 1  home confinement.  But I'm also aware that under the

 2  guidelines, probation and the folks that administer the home

 3  confinement program really don't like it if it's in excess of

 4  six months, but it's entirely within your discretion.

 5          And I've been to Mr. Goodman's home.  I helped make

 6  that video that the Court saw.  And he's really right now in

 7  his own prison at home.  And, in fact, it's going to get

 8  worse, because as I put in the memo, Your Honor, the State of

 9  Florida is in the process of taking his pharmacy licenses.

10  It's just a matter of time.  They will be gone.  He can't

11  renew them in view of this conviction irrespective of how the

12  Court sentenced him today.  That is -- will be a part of his

13  repertoire that will go away shortly, because as DEA is aware,

14  he forfeited his DEA registration in June of 2'10, so he

15  hasn't been selling any controlled substances since then as a

16  wholesaler.  But even his ability to sell non-controlled's,

17  Your Honor, from that former gas station on Central Avenue in

18  St. Pete now known as Medical Arts Pharmacy, Inc. is about to

19  end.  And when that ends, Mr. Goodman will be at home confined

20  basically to that recliner that you saw in the video.

21          I'm asking you to keep him there so that he can get

22  the required medical attention and care in the community at

23  his cost, rather than the Bureau of Prisons, and to avoid the

24  struggles that I think we both know are inherent in sending

25  him to prison for any period of time.

 1          I ask the Court's indulgence, and I appreciate again

 2   the Court's time that it gave me this morning to make a full

 3   and fair presentation.  And, finally, I'm happy to answer any

 4   questions that the Court might have that I haven't touched on

 5   as you go about fashioning a sentence.

 6          THE COURT:  When do you anticipate he is going to be

 7   finished with operating his business?

 8          MR. PAGE:  Well, I can tell you if you told him

 9   within a week we would make that happen, Your Honor.  All I

10   know is that I've spoken with Ed Bayo, his lawyer in

11   Tallahassee, and the Department of Business and Professional

12   Regulation, Your Honor, has a emergency procedure --

13   proceeding, excuse me, right now, saying just give up your

14   ability to wholesale.  And Mr. Goodman, candidly, Your Honor,

15   is struggling with that, because what you heard from him today

16   and others is this is his whole identity, you know.  It's

17   gone.  His career -- he did it.  We're not asking for sympathy

18   on that issue, Your Honor.  We're only asking for some

19   empathy.  But it's honestly in my candid estimation a matter

20   of time, probably 30 days or less before the Florida -- State

21   of Florida says that's it, you're done.

22          THE COURT:  Because you're asking me not to send him

23   to prison and keep him in home confinement, but ordinarily

24   home confinement allows someone to continue to go to work.

25   And if I just let him continue to go to work and keep him home

```
 1   confined, really nothing's changed.  He hasn't received any
 2   punishment for anything, because he'll be doing exactly what
 3   he does every day.  He'll come go to work, come home and he
 4   stays home the rest of the time and there will be no change.
 5   So if you want home confinement, it's going to be home
 6   confinement.  That means he doesn't go anywhere except to the
 7   doctor when he needs to.
 8            MR. PAGE:  That's what he wants, Your Honor.  And
 9   he's prepared to shut down his business, and he just needs a
10   little bit of time for the wind-down, because he has a little
11   bit of current inventory, vitamins and the like, and needs to
12   do some paperwork.  But he would honor any timeframe that the
13   Court imposed.  And practically speaking, though, he won't
14   have the licenses shortly.
15            So I am asking for that, and he understands that.  I
16   visited with him about this, Your Honor.  Home confinement is
17   home confinement and does not include work.
18            THE COURT:  All right.  Thank you, sir.
19            MR. PAGE:  Thank you, Your Honor.
20            Anything else, Mr. Schwartz?
21            MR. SCHWARTZ:  No, Your Honor, thank you.
22            THE COURT:  It's a troubling, troubling case
23   obviously because of this Defendant's physical and -- physical
24   situation.
25            My initial reaction when I was presented with all of
```

     1    this information and with the circumstances surrounding

     2    Mr. Goodman was why should he escape prison, like however many

     3    of the people I've already sentenced, 29 approximately, only

     4    one of whom I believe did not get any prison time, because of

     5    his obesity.  Is that fair to the others who went to prison?

     6          Now, the one thing that resonates with me in terms of

     7    this defendant, as compared to the others and did the same

     8    with Dr. Lizarazo, was the potential adverse physical and

     9    medical effects of going to prison that confinement might have

    10    on Mr. Goodman.  No judge likes to send someone to prison to

    11    die.  Sometimes it happens, but no one wants that to happen.

    12    No judge wants somebody to die in prison unnecessarily.

    13          Now, when I look at his guidelines, which are what,

    14    41, at the bottom 41 months, then the Government's downward

    15    departure for substantial assistance, plus his physical

    16    conditions which would justify a departure under Section

    17    5H1.4, plus the variances that I've given to most of the

    18    defendants in this case, I'm looking at a period of

    19    imprisonment which, as I have to say, is it worth sending him

    20    to prison for the amount of time I would send him to prison if

    21    he wasn't in these conditions?  Is it worth it just for the

    22    overall fairness of the situation?

    23          So I've come to the conclusion that it's really --

    24    for the period of time that I would send him to prison if he

    25    wasn't in this condition, it doesn't make sense under the

```
 1    situation that we're dealing with.  But there has to be some
 2    punishment, and if he's got a one- to three-year lifespan,
 3    that's what the doctor says, well, he doesn't want to die in
 4    prison, he may very well die in his house, but that's where
 5    he's going to be spending his remainder of his time, if that's
 6    what his lifespan is.
 7          So having said all that, the Court has considered the
 8    statements of all the parties, the presentence report which
 9    contains the advisory guidelines, as well as the statutory
10    factors set forth in 18 U.S.C., Section 3553(a)(1) through
11    (7).
12          The Court finds the Defendant is able to pay a fine.
13          The Court finds, as I've said previously, the
14    Defendant is entitled to a reduction of his sentence based
15    upon substantial assistance that he's provided to the
16    Government under Section 5K1.1 of the Sentencing Guidelines,
17    the Court also finds that he's entitled to a departure under
18    Section 5H1.4 of the Sentencing Guidelines based upon his
19    physical condition, and the Court also finds that under the
20    3553 factors, that a variance below the guideline range would
21    also be appropriate.
22          So taking into account all those various factors, the
23    Court's going to impose a sentence below the advisory
24    guideline range.
25          Pursuant to the Sentencing Reform Act of 1984, it's
```

1    the judgment of the Court that the Defendant, Steven Goodman,

2    is hereby placed on probation for a period of four years as to

3    count 1.

4            It's further order the Defendant shall pay to the

5    United States a total fine of $25,000.  The fine is payable to

6    the Clerk, United States Courts, and is to be forwarded to the

7    United States Clerk's Office, Attention Financial Section, 400

8    North Miami Avenue, Room 8N09, Miami, Florida, 33128.  The

9    fine is payable immediately.

10           The United States Bureau of Prisons, the United

11   States Probation Office and the United States Attorney's

12   Office are responsible for enforcement of this order.

13           Upon release from imprisonment, the Defendant shall

14   be placed -- excuse me.  While on probation, the Defendant

15   shall not commit any crimes, he shall be prohibited from

16   possessing a firearm or other dangerous devices, and he shall

17   not possess a controlled substance.  He shall cooperate in the

18   collection of DNA and shall comply with the standard

19   conditions of probation that have been adopted by this court,

20   as well as the following special conditions:

21           Home confinement for a period of 30 months, during

22   which he will not be permitted to work except for the next --

23   first two weeks of his probation.  He can wind up his business

24   affairs, and after that no longer -- no more working.  And

25   he's permitted to obviously leave the home for any medical

```
 1    appointments or medical needs.

 2              The Court also imposes the special condition of

 3    association restriction, relinquishment of licensure, and

 4    permissible search, as noted in Part G of the presentence

 5    report.

 6              The Defendant shall also immediately pay to the

 7    United States a special assessment of $100.

 8              So the total sentence is four years' probation,

 9    $25,000 fine, with the special conditions of 30 months of home

10    confinement and a $100 special assessment.

11              Now that sentence has been imposed, does the

12    Defendant or his counsel object to the Court's findings of

13    fact or the manner in which sentence was pronounced?

14              MR. PAGE:  No, Your Honor.

15              THE COURT:  Does the Government?

16              MR. SCHWARTZ:  No, Your Honor.

17              THE COURT:  Mr. Goodman, you have the right to appeal

18    the sentence that's been imposed.  If you wish to file an

19    appeal, you must file your notice of appeal within 14 days

20    from the date judgment's entered in this case, and if you're

21    unable to pay for the cost of an appeal, you may seek leave to

22    file the appeal in forma pauperis.

23              When should he report to probation?  Is he going to

24    report in the Middle District?

25              PROBATION OFFICER:  That's what I'll have to call and
```

 1    find out, but I'm not sure.  But I believe he will be

 2    reporting up there.

 3            THE COURT:  Where has he been reporting, to the

 4    Middle District?

 5            PROBATION OFFICER:  To the Middle District.

 6            MR. PAGE:  Pretrial services in the Middle District.

 7            THE COURT:  I guess he should report there on Monday

 8    unless directed otherwise by the probation office.

 9            All right.  Anything else?

10            MR. PAGE:  Nothing, Your Honor.

11            MR. SCHWARTZ:  No, Your Honor, thank you.

12            THE COURT:  Good luck, Mr. Goodman.

13            THE DEFENDANT:  Thank you.

14        (Proceedings concluded.)

15

16

17

18

19

20

21

22

23

24

25

```
 1                      * * * * *

 2                      I N D E X

 3   Testimony of Scott Michael Maher

 4         Direct by Mr. Page                    17

 5                      * * * * *

 6                    E X H I B I T S

 7   Defendant's Exhibits in Evidence:

 8         Defendant's 1-7                       16

 9                      * * * * *

10                    CERTIFICATE

11       I, Stephen W. Franklin, Registered Merit Reporter, and

12   Certified Realtime Reporter, certify that the foregoing is a

13   correct transcript from the record of proceedings in the

14   above-entitled matter.

15       Dated this 4th day of OCTOBER, 2012.

16

17       /s/Stephen W. Franklin
         _____
18       Stephen W. Franklin, RMR, CRR

19

20

21

22

23

24

25
```

**$**

$100 [2]  61/7 61/10
$25,000 [2]  60/5 61/9

**'**

'66 [1]  50/18
'79 [1]  18/12

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  63/17

**1**

1-7 [2]  16/2 63/8
10 [1]  22/11
10-80149-CR-MARRA [1]  1/2
10:19 [1]  3/12
10:26 [1]  3/12
10th [1]  1/19
11 [1]  35/7
112 [1]  25/13
12 [1]  13/2
13 [1]  19/4
14 [1]  61/19
150 pounds [1]  31/3
16 [1]  63/8
17 [2]  1/8 63/4
18 [1]  59/10
1962 [1]  50/17
1984 [1]  59/25
1995 [2]  30/24 50/18

**2**

2'10 [1]  55/14
20 [1]  53/14
2008 [1]  50/21
2012 [5]  1/8 19/5 21/14 30/23 63/15
22 [1]  6/13
24 [4]  4/16 6/2 47/22 48/4
24-hour [1]  30/11
25 [4]  4/15 4/22 6/7 6/10
27-year [1]  47/9
29 [1]  58/3

**3**

30 [3]  56/20 60/21 61/9
30-Page [1]  52/21
31st [2]  19/5 30/23
33 percent [2]  8/22 9/1
33067 [1]  1/20
33128 [1]  60/8
33301 [1]  1/17
33401 [1]  1/22
3553 [3]  52/10 59/10 59/20
3768 [1]  1/21

**4**

40 [1]  12/17
40 milligrams [1]  33/21
400 [1]  60/7
41 [3]  6/14 58/14 58/14
4221 [1]  1/19
46-year [2]  14/4 52/1
4th [1]  63/15

**5**

5'8 [1]  41/1
5'9 [1]  41/1

50 [2]  18/5 50/24
500 [1]  1/16
51 [2]  4/16 6/2
51-month [1]  6/14
514-3768 [1]  1/21
520 [1]  41/2
524 pounds [2]  32/21 41/2
561 [1]  1/21
57 [1]  4/15
5H1.4 [2]  58/17 59/18
5K1.1 [1]  59/16

**6**

60 [3]  5/14 5/16 6/1
63 [2]  4/16 6/2
68 [2]  43/7 51/14
69 [2]  21/14 51/14
69th [1]  21/12

**7**

701 [1]  1/22
71 [1]  4/15
7th [2]  1/16 21/14

**8**

8N09 [1]  60/8

**A**

A-fib [1]  14/22
a.m [2]  3/12 3/12
abandoned [1]  12/19
ability [5]  23/13 43/16 45/14 55/16 56/14
able [11]  10/24 10/25 31/18 36/12 45/15 46/4
 46/5 46/6 51/3 53/23 59/12
abnormal [2]  23/23 26/10
above [3]  8/16 9/2 63/14
above-entitled [1]  63/14
absent [1]  6/4
absolutely [3]  14/12 28/5 36/21
abuse [1]  13/14
accelerate [2]  28/3
accept [2]  44/15 51/10
acceptance [3]  4/7 6/9 6/12
accepting [1]  16/12
accepts [1]  37/9
acclimate [1]  49/10
accommodation [1]  8/23
according [2]  46/21 47/8
account [1]  59/22
accounting [1]  10/9
accurately [1]  42/19
achieve [1]  38/14
acid [4]  33/22 33/23 34/6 34/12
Act [1]  59/25
acted [1]  7/12
actions [6]  14/1 15/7 51/4 51/9 52/11 52/12
activities [6]  8/3 32/25 44/6 44/12 44/18
 44/18
activity [1]  15/6
acts [1]  7/17
actual [1]  36/8
actually [8]  3/6 15/1 21/12 29/18 30/19 36/25
 37/1 40/13
actuarial [1]  21/8
acute [1]  30/10
acutely [1]  29/23
adapt [1]  23/9
add [1]  49/18
addicted [3]  42/20 42/22 53/25
addiction [1]  42/25

address [3]  8/8 18/4 18/6
addressed [3]  5/8 5/20 54/17
adequate [2]  24/21 38/18
adipose [1]  31/3
administer [1]  55/2
administrator [2]  20/2 35/10
admit [2]  15/25 50/12
admitted [1]  20/17
adopt [1]  4/3
adopted [1]  60/19
adopting [1]  12/18
adult [1]  24/24
adverse [1]  58/8
advisory [2]  59/9 59/23
affairs [1]  60/24
affect [2]  21/8 34/12
affects [1]  33/22
affidavits [1]  49/4
afflicts [1]  53/23
afraid [2]  15/2 51/17
after [6]  3/12 9/9 13/5 41/4 48/20 60/24
again [6]  3/14 8/2 43/6 51/25 52/4 56/1
age [2]  20/21 27/8
agents [1]  7/13
aggressive [1]  31/7
ago [1]  13/3
agoraphobia [1]  23/6
ahead [1]  3/10
Aiden [1]  12/13
air [1]  14/18
alien [1]  11/24
alive [2]  51/15 51/20
allowing [3]  10/4 14/3 33/7
allows [1]  56/24
almost [4]  13/15 27/7 27/14 39/17
alone [4]  11/20 11/21 15/3 25/17
already [14]  5/12 12/8 34/22 43/24 47/7
 48/23 48/24 48/25 49/5 49/18 51/6 51/13
 51/16 58/3
also [41]
alternative [3]  36/1 36/4 36/7
Although [1]  14/5
always [2]  11/12 39/17
am [14]  9/4 14/5 14/12 17/13 18/11 24/11
 51/7 51/14 51/14 51/15 51/17 51/23 51/23
 57/15
amends [1]  51/12
AMERICA [2]  1/3 2/5
among [1]  34/20
amount [3]  14/7 33/2 58/20
animals [1]  12/21
another [9]  12/12 13/12 29/3 30/18 34/9
 36/20 39/24 45/23 46/11
answer [4]  12/2 17/21 53/5 56/3
anticipate [1]  56/6
antidepressant [1]  37/11
anxiety [3]  23/6 26/4 39/18
any [27]
anymore [1]  51/3
anything [8]  49/9 49/13 49/20 50/2 52/17
 57/2 57/20 62/9
anywhere [1]  57/6
aol.com [1]  1/23
apnea [7]  14/16 25/19 25/21 25/22 26/6
 26/20 34/23
apparent [2]  23/1 41/4
apparently [2]  29/4 29/19
appeal [5]  61/17 61/19 61/19 61/21 61/22
appearances [2]  1/14 2/7
appears [4]  27/17 30/2 30/3 51/2

## A

applicable [1]  4/14
apply [1]  28/23
applying [1]  4/21
appointments [1]  61/1
appreciate [4]  8/22 49/6 52/19 56/1
approached [1]  6/6
approaching [1]  17/11
appropriate [2]  52/7 59/21
appropriately [1]  46/6
approval [1]  36/24
approximately [5]  19/4 32/21 35/7 36/6 58/3
approximation [1]  21/19
area [5]  16/9 16/11 16/15 48/18 54/4
aren't [1]  50/24
arguments [1]  9/9
army [1]  12/10
arrange [1]  37/6
arranged [1]  44/22
arrangements [2]  21/24 44/13
arrest [1]  24/1
arrhythmias [1]  26/3
arrive [1]  46/10
arthritis [3]  26/25 27/12 33/25
Arts [4]  10/8 12/25 16/11 55/18
ask [15]  5/24 8/25 15/4 15/9 19/22 20/20
 21/25 22/12 25/18 28/4 36/20 47/8 51/16
 52/4 56/1
asked [10]  6/23 7/12 7/13 11/14 12/1 19/2
 28/17 37/3 39/8 53/18
asking [6]  4/16 55/21 56/17 56/18 56/22
 57/15
aspects [1]  25/7
aspirin [1]  32/12
assessment [3]  8/15 61/7 61/10
assigned [7]  30/4 45/7 46/11 46/16 46/20
 46/22 48/2
assistance [8]  6/17 7/23 9/6 9/9 44/7 45/16
 58/15 59/15
assistants [1]  29/16
assisting [1]  8/11
associated [5]  21/10 23/23 25/25 26/3 27/2
association [1]  61/3
assume [1]  17/12
assuming [5]  11/18 27/20 29/13 35/22 46/5
assure [1]  51/24
astonishing [1]  29/9
atrial [8]  23/2 23/19 23/20 24/4 31/18 32/3
 39/24 40/7
attack [1]  24/1
attempt [1]  24/14
attempting [2]  27/24 37/4
attention [3]  10/13 55/22 60/7
attics [1]  42/4
Attorney's [2]  1/15 60/11
audits [1]  24/15
August [1]  1/8
AUSA [1]  1/15
authoritative [1]  29/10
authority [2]  5/10 6/4
authorization [1]  36/18
availability [1]  47/22
available [12]  9/15 24/19 35/24 36/1 37/24
 44/10 45/20 45/21 45/23 46/5 46/15 48/4
Avenue [3]  16/8 55/17 60/8
avoid [1]  55/23
award [1]  9/8
aware [16]  6/19 24/2 24/4 24/9 24/11 31/9
 35/2 35/6 44/6 45/6 46/9 46/15 47/18 52/11

55/1 55/13
away [1]  55/13
awkward [1]  32/23

## B

B-a-r-t-e-l-l [1]  10/2
back [6]  3/10 3/15 7/10 23/18 30/23 38/16
background [1]  52/25
balance [7]  33/19 36/11 38/14 38/15 38/17
 40/5 40/7
Bartell [8]  9/14 9/17 10/1 22/19 22/20 41/13
 41/14 51/5
based [9]  4/7 4/8 6/11 6/17 21/7 24/14 31/20
 59/14 59/18
basically [2]  52/13 55/20
basis [2]  44/13 54/12
bathroom [1]  14/14
battle [1]  11/16
Bayo [1]  56/10
Beach [2]  1/7 1/22
became [1]  11/10
because [35]
become [12]  12/11 13/11 43/6 53/25
bed [12]  13/18 44/19 45/8 45/13 45/15 45/17
 45/18 45/21 45/23 46/4 46/11 46/15
beds [4]  45/11 46/18 46/20 46/23
before [10]  1/11 14/4 14/5 19/10 31/16 37/1
 40/15 40/17 48/20 56/20
beg [1]  51/24
behalf [2]  2/8 2/11
behavior [5]  14/3 23/5 23/8 42/3 54/7
being [14]  11/24 18/13 23/6 28/6 32/5 43/9
 45/25 46/4 46/4 46/5 48/11 50/23 50/23
 54/22
believe [12]  3/20 5/10 7/24 11/12 14/6 24/13
 24/23 25/19 40/21 44/15 58/4 62/1
believes [1]  7/17
below [2]  59/20 59/23
benefit [10]  5/23 6/7 6/8 6/12 7/24 19/9 36/3
 36/4 38/12 38/12
benefits [1]  39/19
benign [1]  33/9
berates [1]  14/2
best [3]  5/11 13/5 15/11
better [2]  27/18 50/15
between [4]  4/9 10/24 26/12 34/8
beyond [3]  8/17 9/2 13/24
big [2]  12/19 12/22
biological [1]  42/23
BiPAP [9]  14/16 16/18 26/7 26/12 26/14
 26/18 26/20 34/22 46/5
birthday [1]  21/12
bit [13]  8/24 9/1 25/1 25/21 26/18 31/1 34/8
 34/22 41/4 43/25 48/22 57/10 57/11
bladder [2]  33/7 33/8
blemish [1]  52/2
blessed [1]  50/23
blood [13]  23/21 24/7 24/10 24/14 24/22
 25/2 25/5 25/13 25/14 26/2 33/13 33/17 40/5
body [3]  14/19 25/6 34/8
body's [1]  10/20
bone [1]  32/17
bones [2]  32/22 34/8
books [1]  11/22 12/14
BOP [1]  44/12
both [16]  2/16 13/23 14/9 14/23 18/24 20/7
 20/7 26/22 29/6 29/9 29/24 35/11 45/16
 45/19 46/13 55/24
bottom [1]  58/14
Boulevard [2]  1/16 1/19

boundaries [1]  14/3
bout [1]  39/24
Boy [1]  1/19
brain [1]  26/1
brand [1]  36/8
break [1]  32/24
breath [1]  39/20
breathing [5]  14/17 14/19 14/20 25/23 35/4
brief [1]  15/16
briefly [3]  35/16 41/21 52/18
brittle [1]  43/10
broadly [1]  43/22
broke [1]  50/12
bronchospasm [1]  35/4
Broward [1]  1/16
bucket [1]  11/22
bulk [1]  16/12
bunk [1]  46/23
burden [2]  15/8 51/18
Bureau [36]
buried [1]  13/9
business [7]  13/21 18/4 18/6 56/7 56/11 57/9
 60/23

## C

C-o-l-c-r-y-s [1]  34/10
cafeteria [1]  28/19
calcium [1]  32/18
calculated [1]  21/12
called [3]  24/23 31/13 47/11
calling [1]  8/19
calls [5]  8/12 8/13 8/17 8/19 9/2
calorie [1]  28/10
came [1]  37/2
can't [8]  10/11 11/17 13/6 14/1 14/8 15/6
 42/6 55/10
cancer [2]  13/2 30/8
cancer-stricken [1]  30/8
candid [3]  6/25 8/2 56/19
candidly [1]  56/14
cannot [2]  15/1 53/17
canteen [1]  29/7
capacities [1]  23/14
capacity [3]  21/24 43/3 43/10
capture [1]  5/15
captures [1]  6/2
cardiac [3]  24/1 26/2 26/3
care [23]
career [5]  14/4 51/1 51/9 52/1 56/17
caregiver [1]  47/16
caregivers [1]  48/6
Carlton [1]  1/18
case [20]  1/2 2/4 2/5 4/13 6/7 6/11 6/21 7/21
 20/10 23/24 25/3 27/9 30/20 32/17 35/12
 41/8 52/13 57/22 58/18 61/20
cases [3]  26/20 36/4 51/12
categorized [1]  29/20
category [1]  44/3
causes [4]  26/1 26/2 26/2 42/10
cell [1]  46/23
Center [1]  1/19
Central [2]  16/8 55/17
certain [2]  14/10 48/3
certainly [17]  4/11 6/2 7/22 9/4 21/20 24/13
 28/9 29/1 29/24 34/24 38/22 39/7 39/11 41/6
 42/23 44/11 45/13
certainty [1]  39/5
CERTIFICATE [1]  63/10
certification [1]  12/15
Certified [1]  63/12

**C**

certify [1]  63/12
chamber [3]  23/21 23/21 23/22
chambers [1]  23/22
chance [1]  52/1
change [14]  23/13 27/21 36/8 39/17 43/1 43/4 43/7 43/10 43/13 43/16 43/16 43/16 53/15 57/4
changed [3]  14/17 43/14 57/1
changes [1]  39/23
changing [1]  23/9
chaos [1]  10/16
character [1]  11/23 12/8 52/20
chemical [1]  36/9
child [4]  11/4 11/5 11/6 11/8
children [6]  12/15 12/16 12/17 13/4 13/6 21/25
choice [3]  5/14 38/24 38/24
cholesterol [1]  33/11
Christie [1]  1/17
chronic [2]  27/7 47/11
chronology [2]  22/14 22/16
Cincinnati [1]  16/6
circumstance [1]  38/15
circumstances [13]  23/9 25/16 27/8 28/7 28/22 29/6 30/20 36/17 38/12 43/17 47/2 52/3 58/1
civil [1]  18/16
clarifications [1]  2/25
classes [1]  12/15
clear [2]  23/1 37/5
Clematis [1]  1/22
Clerk [1]  60/6
Clerk's [1]  60/7
Cleveland [1]  12/12
clinic [2]  47/11 47/12
clinical [1]  38/23
clinically [2]  39/12 40/24
clinics [1]  50/16
close [1]  13/16
clotting [1]  32/10
clues [2]  54/8 54/9
clutter [1]  10/16
code [1]  7/4
codefendant [1]  54/24
cognizant [1]  54/23
Colchicine [1]  34/11
Colchicine-like [1]  34/11
Colcrys [2]  34/9 34/11
collection [1]  60/18
college [3]  3/7 12/14 18/12
colon [1]  30/15
colonoscopies [1]  30/16
colonoscopy [1]  30/18
combination [1]  23/11
Combivent [1]  35/1
comes [1]  54/5
comfort [1]  43/16
comfortably [1]  42/6
coming [1]  48/14
commit [1]  60/15
committing [1]  7/17
common [1]  12/22
community [2]  51/21 55/22
companion [1]  13/15
companions [1]  48/8
compared [1]  58/7
comparison [1]  52/12
compassion [1]  15/10

complex [8]  6/19 24/18 26/23 35/21 36/3 38/10 38/13 38/17
complicated [1]  26/18
complication [2]  23/3 31/4
comply [1]  60/18
component [1]  42/11
compulsive [4]  40/24 41/17 41/21 54/7
compulsively [1]  27/13
concerned [1]  14/15
concluded [1]  62/14
conclusion [3]  16/19 46/24 58/23
conclusions [2]  19/24 40/9
concur [1]  8/15
condition [12]  20/24 23/4 23/25 25/10 25/22 27/2 49/16 54/22 54/24 58/25 59/19 61/2
conditions [19]  21/8 22/13 22/22 23/16 24/22 25/4 27/7 27/12 28/2 30/14 31/11 45/12 54/6 54/16 58/16 58/21 60/19 60/20 61/9
conduct [1]  7/22
confidential [2]  19/10 19/17
confined [2]  55/19 57/1
confinement [12]  54/22 55/1 55/3 56/23 56/24 57/5 57/6 57/16 57/17 58/9 60/21 61/10
conflict [1]  10/15
confront [2]  44/4 49/11
confronted [1]  52/24
confronts [1]  45/1
connected [1]  42/14
connection [1]  28/2
consensual [2]  8/12 8/17
consensually [2]  7/14 7/18
consequences [1]  25/7
conservative [1]  21/7
consider [8]  8/25 10/7 15/4 21/9 24/15 29/10 38/24 39/12
considerably [1]  29/19
considered [2]  12/20 59/7
considering [2]  35/20 52/3
considers [1]  12/15
consist [1]  20/13
consistent [1]  6/5
consistently [1]  30/3
constant [2]  13/14 14/9
constantly [1]  14/2
constrained [1]  44/24
consult [2]  19/25 20/4
consultation [4]  20/22 22/14 35/9 37/17
consulted [4]  20/7 21/23 27/19 48/15
consulting [1]  41/8
contains [2]  19/10 59/9
contents [1]  19/14
continue [6]  26/9 26/10 30/13 36/24 56/24 56/25
continuing [2]  6/21 7/20
continuous [2]  26/17 26/21
contrary [1]  6/4
control [5]  10/21 11/24 29/16 31/18 53/14
controlled [4]  7/5 27/18 55/15 60/17
controlled's [1]  55/16
conversations [2]  7/14 7/18
conviction [1]  55/11
cooperate [1]  60/17
cooperated [1]  51/11
cooperative [2]  7/1 8/2
Corporate [1]  1/19
correct [46]
cost [3]  13/20 55/23 61/21
counsel [7]  2/7 2/20 3/16 3/25 8/6 19/9 61/12
counsel's [1]  4/15

count [2]  10/10 60/3
count 1 [1]  60/3
couple [1]  13/10
coupled [1]  52/25
course [1]  7/21
court [50]
Court's [10]  4/17 5/12 6/19 52/9 52/13 52/19 56/1 56/2 59/23 61/12
courtroom [1]  9/15
Courts [1]  60/6
covered [1]  49/12
CPAP [4]  26/12 26/16 26/17 26/24
CPE [1]  1/21
CR [2]  1/2 2/6
cream [1]  34/18
create [1]  23/13
crimes [1]  60/15
criminal [2]  7/17 18/17
crossed [3]  14/3 14/4 42/7
crowded [2]  40/22 40/23
CRR [2]  1/21 63/18
crystallization [1]  33/23
crystals [1]  34/6
cuddle [1]  12/23
current [6]  16/7 28/7 37/20 37/21 38/1 57/11
currently [3]  35/7 35/25 36/12
customer [1]  10/14
customers [2]  10/12 16/14
cycle [2]  26/23 28/1

**D**

dad [1]  11/11
daily [5]  44/6 44/12 44/13 47/10 54/12
danger [1]  8/18
dangerous [2]  12/20 39/9 60/16
data [1]  20/23
date [2]  21/16 61/20
dated [3]  19/5 30/22 63/15
David [1]  12/10
days [2]  56/20 61/19
DEA [3]  50/14 55/13 55/14
deal [5]  4/6 30/21 44/1 44/4 54/16
dealing [2]  41/22 59/1
dealt [1]  43/24
debriefing [1]  8/24
debriefings [2]  6/24 6/25
decide [1]  9/8
decision [1]  52/2
declaration [1]  48/10
declarations [4]  20/13 35/12 46/22 54/18
decline [3]  22/9 36/13 39/19
decreased [1]  25/25
deep [1]  42/15
defendant [18]  1/7 1/18 2/19 5/24 6/12 9/5 15/20 31/15 52/9 58/7 59/12 59/14 60/1 60/4 60/13 60/14 61/6 61/12
Defendant's [8]  3/16 16/2 16/10 17/3 52/11 57/23 63/7 63/8
defendants [6]  4/13 4/20 6/6 51/16 52/12 58/18
defense [4]  4/15 9/10 18/24 20/17
degree [1]  39/5
density [1]  32/17
Department [2]  22/5 56/11
departure [7]  7/24 8/1 9/9 9/11 58/15 58/16 59/17
depend [1]  25/16
dependency [3]  40/25 41/23 42/24
depicted [2]  16/10 40/14
depressed [1]  13/11

# D

depression [3]  26/4 37/11 40/24
describe [1]  5/11
described [4]  28/24 29/7 31/11 47/19
designed [1]  38/3
desk [1]  10/16
desperately [1]  51/20
despite [1]  10/20
detail [2]  10/13 47/19
detecting [1]  50/14
deterioration [2]  25/4 25/6
development [1]  26/4
device [1]  46/8
devices [1]  60/16
devised [1]  50/13
diabetes [5]  24/24 25/2 25/10 25/15 27/3
didn't [4]  12/1 12/3 50/22 54/2
die [8]  14/15 15/3 39/10 51/22 58/11 58/12
59/3 59/4
died [4]  13/2 13/5 43/15 51/17
dies [1]  13/9
diet [6]  10/20 27/18 27/21 28/6 28/20 28/21
dietary [1]  30/2
difference [1]  26/12
different [7]  12/3 32/12 32/13 36/8 38/11
43/19 54/10
differs [1]  26/16
difficult [7]  12/10 23/9 24/20 36/10 36/15
38/14 38/16
diligence [1]  7/4
direct [3]  10/15 17/17 63/4
directed [1]  62/8
disconnect [1]  10/24
discontinued [1]  37/21
discretion [4]  4/17 52/9 52/14 55/4
discuss [1]  35/12
discussed [3]  27/13 29/18 45/18
discussion [1]  3/21
disease [2]  25/5 25/7
disgraced [1]  51/4
disorder [2]  25/2 40/25
disorders [2]  18/19 40/25
displace [1]  46/10
dispute [1]  4/9
disrupt [1]  38/14
disrupted [1]  37/8
distribution [1]  7/6
distributor [1]  50/19
DISTRICT [7]  1/1 1/1 1/12 61/24 62/4 62/5
62/6
diuretic [1]  33/18
DNA [1]  60/18
doctor [10]  14/24 17/23 18/10 18/11 18/13
22/1 28/6 49/25 57/7 59/3
doctors [2]  35/23 50/16
documentation [3]  20/9 20/11 40/17
documenting [1]  25/20
documents [4]  22/3 41/11 48/23 52/20
does [23]
doesn't [14]  4/7 11/19 25/10 27/21 28/6 37/8
42/5 42/8 43/7 48/5 53/14 57/6 58/25 59/3
dog [1]  12/24
dogs [4]  12/19 12/19 12/20 13/9
doing [4]  31/22 32/24 50/24 57/2
don't [26]
done [8]  4/22 36/22 36/25 48/4 51/8 51/11
51/13 56/21
doors [1]  44/23
DOS [1]  10/9

dosage [1]  31/24
doses [1]  35/24
double [1]  14/25
doubt [1]  5/23
down [4]  7/13 42/6 57/9 57/10
downward [3]  7/24 7/25 58/14
Dr. [12]  16/23 22/12 43/25 49/9 49/21 52/22
53/7 53/10 53/18 54/6 54/24 58/8
Dr. Lizarazo [2]  54/24 58/8
Dr. Maher [8]  22/12 43/25 49/9 49/21 53/7
53/10 53/18 54/6
Dr. Maher's [1]  52/22
Dr. Michael [1]  16/23
dressing [2]  44/12 44/18
drive [1]  29/1
driving [2]  53/12 53/25
drug [2]  31/13 32/6
due [2]  7/4 30/18
duper [1]  53/16
duplicated [1]  36/13
during [3]  10/7 28/3 60/21
duty [1]  8/17

# E

E-mail [1]  1/23
each [2]  12/4 30/17
Eagle [1]  12/11
earlier [1]  41/18
early [1]  3/24
earns [1]  13/8
easier [1]  43/7
East [1]  1/19
eat [6]  27/22 28/12 28/14 29/1 29/12 53/12
eating [3]  41/23 42/14 53/25
eats [1]  28/16
Ed [1]  56/10
edge [1]  31/18
educated [1]  10/18
Edward [2]  1/18 2/11
effect [9]  14/18 16/11 27/10 32/11 33/19
38/13 38/18 38/19 48/1
effective [5]  31/22 31/23 31/23 32/12 33/12
effectiveness [1]  36/14
effects [5]  39/17 39/18 39/20 39/21 58/9
effort [1]  43/13
efforts [1]  10/21
either [1]  18/18
elderly [1]  21/10
electrolyte [1]  33/19
element [1]  43/9
elementary [1]  11/16
else [2]  49/9 49/13 50/2 52/17 57/20 62/9
embarrassed [1]  51/8
emergency [2]  54/3 56/12
emotional [1]  27/24
emotionally [2]  13/23 14/10
emotions [1]  11/24
empathy [1]  56/19
employed [1]  7/15
emptiness [1]  13/13
empty [1]  33/8
emulate [1]  11/25
encouraged [1]  12/13
end [2]  9/7 55/19
ends [2]  32/23 55/19
enforcement [1]  60/12
enlargement [1]  33/9
enough [1]  39/11
entered [2]  16/2 61/20
entire [2]  15/5 54/21

entirely [1]  55/4
entitled [3]  59/14 59/17 63/14
environment [4]  28/25 44/23 45/1 46/7
envision [1]  53/17
episode [2]  14/24 23/24
episodes [2]  14/22 32/3
Eric [1]  13/7
escape [1]  58/2
especially [2]  42/9 47/3
ESQ [1]  1/18
essence [1]  7/6
essentially [9]  21/5 23/20 25/6 28/24 29/11
30/5 37/21 42/25 44/16
established [2]  21/8 23/12
estate [1]  21/23
estimate [1]  21/7
estimation [1]  56/19
evaluate [1]  18/16
even [5]  14/7 28/12 37/7 53/16 55/16
events [1]  40/1
ever [6]  12/4 12/6 13/22 38/23 51/10 51/25
every [6]  13/16 14/6 14/12 15/1 50/25 57/3
everyone [3]  2/2 15/8 15/12
everything [2]  28/19 42/23
everywhere [1]  13/15
evidence [2]  16/2 63/7
exact [1]  21/22
exactly [3]  9/8 28/18 57/2
Examination [1]  17/17
example [4]  42/2 43/12 45/4 54/23
examples [1]  40/19
except [3]  45/19 57/6 60/22
excess [1]  55/3
excessive [1]  28/10
excuse [3]  50/6 56/13 60/14
excuses [1]  50/21
exhales [1]  26/22
exhibit [5]  15/20 16/2 19/12 19/13 31/15
exhibit 7 [1]  31/15
exhibits [6]  15/17 15/21 15/25 19/7 20/17
63/7
expect [3]  24/17 35/23 37/22
expectancy [7]  20/21 20/24 21/2 21/6 21/16
22/5 22/10
expenses [1]  12/14
experience [1]  37/4
expert [2]  20/12 31/10
expiratory [1]  26/17
explain [3]  6/22 15/6 26/16
extensively [1]  27/19
extremely [7]  15/7 23/9 23/12 23/15 23/24
43/18 44/14

# F

face [1]  24/20
faced [2]  13/19 36/6
facility [4]  29/14 29/14 37/1 46/12
fact [3]  53/22 55/7 61/13
factor [2]  52/2 53/11
factors [4]  52/10 59/10 59/20 59/22
failure [3]  30/11 31/5 35/3
fair [4]  6/3 54/20 56/3 58/5
fairness [1]  58/22
fall [1]  25/14
falls [3]  14/25 21/6 32/23
false [1]  42/18
families [1]  37/6
family [7]  12/5 21/23 39/8 51/5 51/6 51/6
51/8
far [1]  3/19

**F**

fashion [1] 22/21
fashioning [1] 56/5
fast [1] 23/24
fatal [1] 31/4
father [1] 11/12
fathom [1] 14/1
fatigue [1] 39/20
favorite [2] 11/16 11/23
fear [1] 23/6
feasible [1] 39/6
federal [3] 7/3 7/4 8/14
feedback [2] 22/2
feeding [1] 28/20
feeds [1] 23/21
feel [6] 35/23 49/9 49/13 51/23 54/15 54/20
feeling [1] 42/15
feelings [1] 27/9
few [3] 13/17 14/20 45/5
fiance' [4] 10/5 41/15 44/21 51/5
fib [1] 14/22
fibrillation [8] 23/2 23/19 23/20 24/4 31/18 32/4 39/25 40/8
fiction [1] 11/21
Fields [1] 1/18
Fifty [1] 18/3
Fifty-nine [1] 18/3
file [4] 19/12 61/18 61/19 61/22
filed [3] 2/24 5/9 5/21
fill [3] 13/12 27/24 42/12
filled [1] 12/18
final [1] 30/13
finally [3] 30/22 35/1 56/3
Financial [1] 60/7
finding [3] 20/20 36/6 36/23
findings [8] 4/3 4/3 19/22 19/23 19/25 20/4 31/9 61/12
finds [4] 59/12 59/13 59/17 59/19
fine [6] 40/4 59/12 60/5 60/5 60/9 61/9
fines [1] 15/10
finish [1] 12/14
finished [1] 56/7
finishing [1] 43/21
firearm [1] 60/16
first [9] 9/14 12/1 16/22 20/20 27/17 40/13 44/3 47/25 60/23
five [2] 35/25 38/21
fix [1] 53/15
FL [2] 1/17 1/20
flagged [1] 5/12
fleas [1] 13/1
Flecainide [3] 31/13 31/18 31/24
Flomax [2] 33/4 33/6
floor [3] 1/16 1/19 44/19
FLORIDA [9] 1/1 1/7 1/22 16/8 18/12 55/9 56/20 56/21 60/8
fluid [1] 33/19
folks [2] 8/19 55/2
following [3] 3/13 41/24 60/20
food [7] 27/25 29/8 42/16 42/20 42/24 48/13 54/1
fool [1] 50/15
foolish [1] 50/21
forced [1] 14/18
foregoing [1] 63/12
foreign [1] 34/7
forensic [1] 20/22
forensically [1] 41/8
forfeited [1] 55/14

forgiveness [1] 51/24
form [2] 34/6 34/14
forma [1] 61/22
former [7] 8/14 20/1 20/5 35/9 35/11 48/15 55/17
forming [1] 20/11
formulary [9] 24/19 35/14 35/17 35/22 36/1 36/16 36/19 37/14 47/8
Fort [1] 1/17
forth [1] 59/10
forwarded [1] 60/6
found [2] 6/25 13/13
four [14] 14/14 29/21 29/21 29/25 30/2 30/4 30/8 30/16 45/8 45/20 46/12 54/25 60/2 61/8
four-year [1] 54/25
fragile [1] 43/9
Franklin [4] 1/21 63/11 63/17 63/18
frankly [2] 13/25 29/8
frequent [1] 24/6
friends [2] 13/3 13/5
frightened [1] 31/6
frustrated [1] 54/15
frustrating [1] 54/1
full [5] 6/7 6/8 17/4 17/19 56/2
functioning [1] 33/7
further [5] 7/12 31/6 31/6 49/20 60/4

**G**

gained [1] 13/24
gallery [1] 16/24
gas [1] 55/17
gave [1] 56/2
general [3] 5/22 18/15 23/14
generally [1] 29/22
generic [1] 36/8
gets [3] 3/4 3/11 14/21
getting [6] 6/7 6/8 11/14 44/19 44/19 47/10
ghost [1] 53/11
gift [1] 15/2
give [5] 5/23 22/1 39/4 44/5 56/13
given [4] 25/9 27/8 54/21 58/17
giving [1] 6/11
go-to [1] 10/10
goes [1] 14/18
going [33]
gone [2] 55/10 56/17
good [11] 2/2 2/9 2/10 2/13 2/14 3/14 4/1 24/15 26/7 50/10 62/12
GOODMAN [69]
Goodman's [12] 15/20 20/21 21/2 24/2 31/15 31/24 33/4 33/10 40/9 42/11 54/21 55/5
got [5] 3/17 13/1 53/4 54/5 59/2
gout [5] 26/25 27/11 33/24 33/25 34/12
GOVERNMENT [16] 1/4 1/15 2/9 3/21 4/11 4/17 6/16 6/21 7/2 7/16 8/13 15/18 52/8 52/13 59/16 61/15
Government's [5] 7/25 8/15 8/22 9/5 58/14
graduated [1] 18/11
grandchildren [1] 21/25
grandson [1] 12/13
grant [1] 9/4
great [1] 51/23
grew [2] 16/5 53/22
growing [1] 11/17
guess [5] 4/5 4/8 5/5 9/7 62/7
guidance [1] 5/19
guideline [7] 4/14 4/19 5/13 6/1 6/13 59/20 59/24
guidelines [10] 4/2 5/15 5/18 6/15 41/24 55/2 58/13 59/9 59/16 59/18

guilty [2] 7/7 51/11
gun [1] 3/4
guy [1] 10/11

**H**

half [3] 15/19 35/21 36/6
Halfprin [1] 32/6
hallway [2] 42/6 42/7
hallways [1] 40/22
hand [1] 17/2
handed [1] 31/16
handle [6] 43/22 43/23 44/1 44/3 49/15 51/19
handled [2] 28/7
handling [1] 10/14
happen [4] 51/15 51/25 56/9 58/11
happens [2] 14/24 58/11
happy [1] 56/3
hard [1] 5/10
hasn't [3] 12/6 55/15 57/1
haven't [1] 56/4
having [8] 12/5 18/13 30/10 32/3 34/8 49/2 50/8 59/7
he'll [3] 49/11 57/2 57/3
he's [44]
health [8] 20/1 23/5 25/8 25/9 34/19 35/10 40/10 51/14
hear [4] 5/5 6/16 9/9 17/22
heard [9] 4/25 5/2 8/6 9/11 10/5 40/15 52/6 52/21 56/15
hearing [3] 8/20 9/7 19/10
heart [6] 14/22 23/21 23/21 23/23 24/1 25/5
heart-related [1] 14/22
heartbeat [1] 23/25
height [1] 45/14
help [5] 13/12 31/7 44/17 51/12 51/20
helped [1] 55/5
helpful [1] 47/6
helping [2] 12/9 12/14
helps [1] 53/10
here [29]
hereby [1] 60/2
Hernandez [16] 20/1 20/13 24/12 24/16 27/20 28/18 35/9 37/3 45/19 46/14 46/21 47/8 48/5 48/10 49/3 54/18
hidden [1] 53/11
high [9] 12/11 24/7 24/9 24/14 24/22 25/5 33/11 40/1 40/5
higher [2] 4/14 4/19
highest [1] 29/21
highly [1] 10/18
himself [9] 7/7 8/18 9/3 10/25 14/3 27/25 42/12 44/13 44/14
HIPPA [1] 19/14
history [4] 22/17 22/17 49/17 53/1
hoarding [6] 40/18 40/19 40/25 42/3 42/10 54/8
hold [1] 42/16
home [19] 28/15 54/22 55/1 55/2 55/5 55/7 55/19 56/23 56/24 56/25 57/3 57/4 57/5 57/5 57/16 57/17 60/21 60/25 61/9
homes [1] 10/9
honestly [1] 56/19
honor [70]
HONORABLE [1] 1/11
hope [2] 10/7 52/1
horder [2] 10/22 11/3
hording [1] 23/5
hospital [6] 45/11 45/17 45/21 46/11 46/18 46/20
hospitalization [1] 30/5

## H

hospitals [1] 10/10
hour [1] 30/11
hours [2] 47/22 48/4
house [2] 16/5 59/4
housed [1] 48/6
housing [2] 46/16 46/21
however [2] 19/8 58/2
huge [2] 10/23 15/8
hugs [1] 11/14
humiliated [1] 13/25
hundred [2] 13/24 31/22
hurt [1] 51/5
hygiene [1] 14/11
hypoxia [1] 25/25

## I

I'd [4] 5/24 9/14 15/16 15/21
I'll [7] 5/6 6/22 9/7 15/25 49/6 51/18 61/25
I'm [23]
I've [33]
idea [1] 39/4
identified [1] 41/17
identity [1] 56/16
III [1] 1/19
ill [3] 29/23 29/23 30/9
illegal [1] 7/6
illicit [1] 15/6
imagine [1] 14/8
immediate [1] 30/11
immediately [5] 29/23 35/24 37/22 60/9 61/6
impact [1] 13/22
impairment [1] 42/15
implicitly [1] 10/13
important [4] 46/25 53/8 53/9 53/19
impose [1] 59/23
imposed [6] 4/18 30/1 54/24 57/13 61/11 61/18
imposes [1] 61/2
imprisoned [1] 46/1
imprisonment [3] 37/16 58/19 60/13
inability [2] 30/20 42/12
Inc [2] 16/11 55/18
incarcerated [2] 22/10 51/23
incarceration [7] 14/7 27/10 27/11 28/3 43/23 44/1 46/7
incentive [1] 48/3
incidents [2] 24/3 24/5
include [1] 57/17
included [3] 4/14 5/20 10/6
including [7] 13/16 23/2 25/4 31/4 41/23 44/18 52/20
increase [3] 29/2 39/18 39/21
increased [3] 14/23 31/25 39/20
increasing [1] 32/4
indeed [1] 26/8
indicate [1] 22/8
indicated [1] 35/23
indicates [1] 22/9
indications [1] 34/19
indictment [1] 13/19
individual [4] 24/18 25/23 36/5 43/3
individuals [3] 22/10 29/6 29/22
indulgence [2] 52/19 56/1
inevitable [1] 36/10
inevitably [2] 27/7 27/14
information [10] 7/11 7/19 8/15 10/6 19/11 20/23 22/3 24/11 24/12 58/1
informed [1] 28/21

inhaler [2] 35/1 35/5
inhales [1] 26/21
inherent [2] 44/4 55/24
inhibits [1] 35/5
initial [1] 57/25
inmate [6] 29/16 46/11 47/13 47/16 48/9 49/15
inmates [3] 29/4 48/1 48/2
inpatient [2] 28/25 30/5
inpatient-type [1] 28/25
inside [1] 12/23
instability [1] 26/2
instead [2] 15/10 15/10
institute [1] 38/23
instrumental [2] 8/11 12/9
insulin [1] 25/3
intake [1] 28/10
integrity [1] 51/4
intended [2] 36/2 36/9
intent [1] 31/20
intentional [1] 53/24
interests [1] 18/21
interpret [1] 25/17
intervention [2] 36/9 53/17
interventions [1] 26/6
interviewed [2] 41/10 41/13
introduce [3] 3/24 15/17 15/21
intrudes [1] 42/6
invasive [1] 31/7
inventory [1] 57/11
investigate [1] 6/22
investigation [5] 21/6 6/20 7/15 7/20
involved [3] 12/6 15/8 53/3
involving [1] 48/18
irrespective [1] 55/11
isolation [2] 23/6 41/19
issue [9] 4/6 5/8 5/10 5/13 5/19 8/8 27/17 48/11 56/18
issues [12] 19/14 20/10 21/23 21/24 32/17 42/21 43/21 44/4 45/5 49/11 52/25 54/17
it's [61]
items [2] 10/11 29/8

## J

James [2] 12/12 12/13
jeopardized [1] 9/3
job [3] 13/21 41/8 50/25
joint [2] 34/6 34/7
joints [1] 33/23
judge [4] 1/12 40/20 58/10 58/12
judgment [1] 60/1
judgment's [1] 61/20
Judith [4] 9/14 10/1 22/19 22/20
Judy [6] 22/17 22/19 41/13 41/14 44/21 51/5
July [2] 19/5 30/23
July 31st [2] 19/5 30/23
jump [1] 3/10
jumped [1] 3/4
June [2] 14/25 55/14
just [17] 3/2 8/7 8/24 9/18 9/20 11/17 12/3 12/19 12/23 19/19 31/11 54/15 55/10 56/13 56/25 57/9 58/21
Justice [1] 22/5
justify [1] 58/16
justifying [1] 9/6

## K

keep [7] 14/19 42/3 51/20 53/25 55/21 56/23 56/25
keeping [1] 14/18

KENNETH [1] 1/11
kidney [2] 33/17 33/18
kind [4] 21/22 51/20 52/25 54/3
kinda [1] 3/3
kinds [1] 39/23
kitchen [1] 16/15
knew [2] 8/19 50/15
know [18] 3/2 7/21 15/7 29/15 35/12 36/22 48/24 49/4 49/10 49/14 50/12 52/19 53/13 53/20 54/9 55/24 56/10 56/16
knowledge [1] 7/8
known [3] 13/22 51/10 55/18
knows [1] 14/21

## L

lack [2] 23/13 54/16
lady [1] 11/6
large [1] 31/3
last [6] 9/24 12/17 13/23 14/22 17/5 35/2
lasts [1] 14/19
Lauderdale [1] 1/17
law [2] 7/3 50/13
lawyer [2] 53/3 56/10
lead [1] 14/1
lean [1] 17/21
learn [1] 35/13
learned [1] 10/23
least [2] 23/24 27/3
leave [4] 15/11 19/19 60/25 61/21
lecturn [3] 17/11 17/14 17/16
left [2] 2/12 13/17
length [1] 14/24
lengthy [2] 6/20 6/25
lenity [2] 5/20 5/22
leopard [1] 53/15
less [3] 24/5 43/6 56/20
let [5] 13/6 15/6 47/8 51/15 56/25
let's [5] 3/4 6/16 23/18 45/5 47/15
letter [1] 10/6
letters [2] 12/8 52/21
level [23]
levels [3] 4/10 5/15 5/25
licensed [1] 50/18
licenses [5] 13/20 51/2 51/9 55/9 57/14
licensure [1] 61/3
life [20] 11/1 11/13 11/17 12/18 13/17 15/2 20/21 20/24 21/1 21/5 21/16 22/5 22/9 23/4 26/8 38/21 38/22 39/2 39/13 42/8
life's [1] 15/5
life-threatening [4] 23/4 38/21 38/22 39/2
lifelong [4] 11/15 28/11 41/22 53/13
lifespan [2] 59/2 59/6
lifetime [1] 11/25
light [1] 8/20
likely [15] 23/16 27/4 27/5 27/6 27/21 28/2 28/19 29/1 35/24 36/11 39/6 39/7 39/22 39/24 40/7 46/6 47/5
likes [1] 58/10
limb [2] 32/24 33/3
limited [7] 42/18 43/18 44/14 47/20 47/21 47/23 47/24
line [1] 42/7
Lipitor [2] 16/13 33/10
list [3] 11/22 19/12 31/14
listening [1] 52/4
little [15] 8/24 9/1 14/21 25/1 25/21 26/18 31/1 34/8 34/22 41/4 43/25 48/22 50/8 57/10 57/10
livelihood [1] 13/21
lives [2] 12/12 53/4

## L

living [3]  13/8 16/15 44/12
Lizarazo [2]  54/24 58/8
location [12]  16/7 16/10
logical [1]  42/2
loneliness [1]  12/1
long [4]  5/4 18/8 52/24 53/6
longer [2]  51/15 60/24
longterm [2]  23/12 26/3
looked [4]  5/9 5/18 20/11 41/10
looking [5]  7/2 7/9 13/12 43/17 58/18
lose [1]  51/9
loser [1]  54/14
losing [3]  13/10 13/20 51/2
loss [4]  30/23 31/2 31/6 43/12
lost [3]  13/3 13/4 13/6
lot [10]  11/17 11/20 11/22 12/21 12/25 40/6
 41/25 49/2 52/20 53/8
love [2]  11/13 12/4
loved [3]  12/23 50/25 51/1
loving [2]  10/18 12/7
low [2]  44/20 45/15
lower [1]  6/13
loyal [1]  12/20
luck [1]  62/12
Luis [5]  19/25 20/13 35/9 47/8 48/5

## M

M-a-h-e-r [2]  16/23 17/6
ma'am [3]  9/22 9/23 10/3
machine [7]  14/16 14/17 16/18 26/8 26/24
 34/22 46/5
maddening [1]  54/1
Maher [13]  16/23 17/3 17/6 17/20 22/12
 43/25 49/9 49/21 53/7 53/10 53/18 54/6 63/3
Maher's [1]  52/22
mail [1]  1/23
maintain [1]  32/18
makes [4]  23/14 42/3 42/7 53/5
making [3]  8/17 21/24 44/12
malnutrition [1]  13/14
man [1]  46/23
mange [1]  13/1
manner [1]  61/13
MARRA [4]  1/2 1/11 2/6 40/20
marriage [1]  12/1
married [1]  14/5
materials [1]  40/22
matter [4]  20/12 55/10 56/19 63/14
maximum [2]  4/8 5/13
maybe [1]  39/6
MD [2]  17/6 38/7
me [30]
mean [1]  28/10
meaning [1]  21/2
meaningful [1]  8/16
means [3]  21/21 48/4 57/6
medical [44]
medically [1]  34/24
medication [17]  14/25 18/14 25/11 26/5 32/4
 32/6 32/10 33/17 33/20 33/22 34/9 34/11
 36/3 37/8 39/19 39/23 40/5
medications [24]
medicine [2]  18/12 33/13
meet [1]  36/23
member [1]  39/8
memo [5]  5/12 5/21 54/17 54/19 55/8
memorandum [2]  5/8 52/21
memories [1]  11/18

memory [1]  11/18
mental [4]  18/18 23/5 40/9 53/1
mentioned [1]  41/18
mercy [2]  51/24 52/4
Merit [1]  63/11
met [1]  12/24
metabolic [2]  25/7 27/2
metabolism [4]  25/2 32/19 33/22 34/12
meticulous [1]  10/13
Miami [2]  60/8 60/8
Michael [5]  16/23 17/3 17/6 17/20 60/3
microphone [1]  17/9 17/22
Middle [4]  61/24 62/4 62/5 62/6
might [11]  33/2 36/23 44/10 44/15 45/17
 45/18 46/10 46/16 48/3 56/4 58/9
milligrams [1]  33/21
mills [1]  7/6
mind [2]  5/7 17/11
Mineau [2]  3/24 5/17
minimal [1]  38/19
minor [1]  2/25
minutes [1]  15/19
mistakes [1]  50/21
mobility [1]  54/16
moderately [1]  26/7
mom [1]  11/11
Monday [3]  5/9 53/21 62/7
money [1]  48/11
month [2]  6/14 21/13
months [10]  4/15 4/16 5/14 5/16 6/1 36/17
 55/4 58/14 60/21 61/9
morbid [4]  10/19 22/25 28/1 47/4
morbidity [1]  21/10
morning [9]  2/2 2/9 2/10 2/13 2/14 3/14 4/1
 15/1 56/2
mortified [1]  13/24
most [2]  23/1 58/17
mostly [1]  11/21
mother [5]  11/3 11/4 11/6 11/7 11/12
motion [3]  6/16 8/23 9/5
motions [1]  4/5
motivation [1]  43/15
mourned [1]  13/5
move [2]  17/23 49/7
Mr [1]  63/4
Mr. [104]
Mr. Goodman [63]
Mr. Goodman's [10]  20/21 21/2 24/2 31/24
 33/4 33/10 40/9 42/11 54/21 55/5
Mr. Hernandez [8]  24/16 27/20 28/18 37/3
 45/19 46/14 48/10 49/3
Mr. Mineau [1]  5/17
Mr. Page [2]  17/11 52/17
Mr. Santucci [4]  2/25 3/4 3/22 5/18
Mr. Santucci's [1]  3/2
Mr. Schwartz [5]  4/23 49/23 52/6 53/2 57/20
Mr. Spoke [1]  11/25
Mr. Stock [1]  11/23
Mr. Wise [8]  24/11 24/16 27/20 28/17 45/19
 46/14 48/18 49/3
Ms. [1]  9/17
Ms. Bartell [1]  9/17
much [6]  9/8 29/11 32/18 44/22 51/15 53/21
multiple [3]  30/15 38/17 40/21
must [1]  61/19
myself [2]  51/4 51/8

## N

name [7]  2/10 9/24 9/24 12/12 17/4 17/5
 17/19

name's [1]  10/1
named [1]  12/24
narrowly [1]  44/22
national [1]  24/19
nearly [1]  43/15
nebulous [1]  12/2
necessary [4]  29/5 34/25 44/15 46/8
need [12]  3/3 3/9 4/6 10/12 18/6 32/18 32/22
 36/7 36/24 48/3 49/4 51/20
needed [1]  43/1
needing [1]  42/16
needs [13]  13/16 14/14 27/24 36/24 42/13
 44/7 47/2 47/5 48/24 57/7 57/9 57/11 61/1
needy [2]  42/15 48/9
negative [3]  23/17 27/10 43/8
neglected [1]  3/24
networks [1]  7/7
never [6]  11/10 12/4 12/5 14/4 50/20 52/24
new [1]  39/20
next [6]  7/20 15/2 21/13 30/14 33/20 60/22
night [2]  14/15 25/23
nine [1]  18/3
no [23]
non [1]  55/16
non-controlled's [1]  55/16
noncontrolled [1]  16/13
Nonie [1]  13/7
normal [4]  7/25 26/9 32/23 32/25
normally [1]  14/20
North [1]  60/8
notebook [1]  31/15
noted [3]  3/2 30/22 61/4
nothing [3]  11/11 51/25 62/10
nothing's [1]  57/1
notice [1]  61/19
nudge [1]  14/20
nuisance [1]  39/21
number [13]  2/6 14/23 15/20 16/10 16/17
 20/17 25/16 43/22 43/23 43/24 44/5 54/5
 54/6
Number 10-80149-CR-MARRA [1]  2/6
number 2 [1]  20/17
number 5 [1]  15/20
number 7 [2]  16/10 16/17
numerous [1]  54/16
nursing [2]  10/9 30/12

## O

obese [1]  53/6
obesity [10]  10/19 21/10 23/1 28/1 33/8
 34/20 42/14 44/16 47/4 58/5
object [3]  4/12 42/22 61/12
objection [4]  15/23 15/24 16/1 20/18
objections [4]  2/22 2/24 3/18 3/19
obligation [1]  7/4
obsessive [4]  40/24 41/17 41/21 54/7
obsessively [1]  27/23
obviously [7]  7/7 22/25 44/25 52/10 52/11
 57/23 60/25
occasion [1]  30/17
occasions [2]  19/1 20/8
occur [1]  48/20
occurrences [1]  14/23
OCTOBER [1]  63/15
off [3]  37/19 40/7 54/3
offense [3]  5/15 5/25 5/25
offer [1]  22/2
offered [2]  7/11 51/12
office [6]  1/15 16/9 60/7 60/11 60/12 62/8
officer [4]  3/1 3/10 3/11 3/17

**O**

Official [1]  1/21
offset [1]  15/5
often [5]  11/7 25/24 26/4 39/19 48/6
Okay [8]  9/22 15/25 16/21 16/25 17/24 30/22
  39/2 47/24
old [4]  12/13 13/13 18/2 43/7
older [1]  43/8
once [1]  38/20
one [32]
one-year-old [1]  13/13
ones [3]  37/25 38/1 38/5
only [15]  11/5 11/7 12/2 13/21 14/8 14/21
  15/4 16/23 28/21 28/25 48/3 51/9 54/13
  56/18 58/3
onset [1]  24/24
operate [1]  44/24
operated [1]  50/13
operating [1]  56/7
operations [1]  10/8
opining [1]  22/4
opinion [9]  21/1 21/5 21/16 27/14 29/24
  35/19 36/11 43/2 46/24
opinions [2]  20/12 31/10
opposing [1]  19/9
opposition [1]  20/18
optimal [1]  32/18
options [1]  47/1
order [4]  2/1 10/14 60/4 60/12
orders [2]  16/12 50/14
ordinarily [1]  56/23
others [4]  10/24 56/16 58/5 58/7
otherwise [2]  8/21 62/8
our [7]  3/17 10/15 12/13 13/8 42/4 53/9
  53/19
outcome [1]  15/11
outer [1]  11/22
outline [1]  22/21
outpatient [1]  18/15
outside [5]  12/22 27/19 36/16 36/18 37/7
  43/5 43/5 53/2 53/21
overall [1]  58/22
overlaps [1]  32/11
overload [1]  33/19
overrule [1]  6/9
own [7]  10/21 12/5 12/17 14/1 41/24 53/5
  55/7
owner [1]  50/19
oxygen [1]  26/1

**P**

Page [6]  1/18 2/11 17/11 52/17 52/21 63/4
pages [1]  19/5
pain [3]  14/9 39/20 50/16
painful [3]  11/10 11/19 34/3
Palm [2]  1/7 1/22
pan [1]  16/15
pants [1]  53/21
paper [1]  40/21
papers [1]  42/4
paperwork [1]  57/12
parcel [1]  15/21
parents [2]  11/11 11/14
parking [1]  12/25
participate [1]  48/1
particular [4]  11/2 38/12 40/18 48/2
particularly [5]  24/16 24/22 34/7 36/3 37/10
parties [2]  4/9 59/8

past [8]  4/23 5/9 12/10 13/7 24/3 30/15 53/14
  54/2
pathological [1]  42/24
patient [1]  39/14
patients [4]  18/14 18/18 24/17 37/6
pattern [8]  23/8 26/9 26/11 28/1 41/22 41/24
  42/13 42/14
patterns [1]  40/25
Paul [2]  1/15 2/8
pauperis [1]  61/22
pay [5]  48/11 59/12 60/4 61/6 61/21
payable [2]  60/5 60/9
peace [1]  14/21
people [11]  7/18 12/3 18/16 26/7 29/9 30/8
  32/24 40/23 43/8 50/25 58/3
people's [1]  11/13
per [1]  14/14
percent [3]  8/22 9/1 31/22
perhaps [1]  38/21
period [9]  28/3 37/16 43/23 44/1 55/25 58/18
  58/24 60/2 60/21
permissible [1]  61/4
permitted [3]  14/1 60/22 60/25
person [8]  10/19 11/1 26/21 32/23 43/5 44/17
  48/2 54/10
person's [1]  39/13
personal [1]  14/11
personality [2]  23/7 23/12 43/4
pet [1]  13/18
Pete [1]  55/18
Petersburg [2]  16/8 53/4
pets [1]  13/7
PFC [1]  12/10
pharmaceutical [5]  7/3 7/9 7/10 7/16 50/19
pharmaceuticals [1]  16/13
pharmacist [2]  50/18 50/23
pharmacological [1]  38/17
pharmacy [8]  16/11 50/17 50/20 50/22 50/24
  51/1 55/9 55/18
Pharmacy's [1]  13/21
phase [1]  7/21
Phil [4]  20/4 20/13 35/10 48/15
phone [2]  8/13 16/12
phonetic [2]  3/24 13/8
physical [6]  23/11 57/23 57/23 58/8 58/15
  59/19
physically [2]  13/23 14/10
physiological [1]  38/16
physiology [1]  10/20
picture [1]  42/11
pieces [1]  22/3
pill [1]  7/6
place [1]  46/6
placed [2]  60/2 60/14
places [1]  44/23
planning [1]  21/23
platelet [1]  44/23
play [1]  15/16
played [3]  40/12 40/20 45/3
playing [1]  16/4
please [8]  2/2 2/7 3/14 15/4 17/4 17/15 19/15
  48/22
pleasures [1]  13/17
pled [2]  7/7 51/11
plus [2]  58/15 58/17
podium [1]  5/3
point [13]  3/23 5/23 7/21 8/20 8/25 14/2
  15/22 37/19 42/5 43/14 43/14 47/1 48/18
police [1]  54/9
policies [1]  49/14

polyps [2]  30/15 30/17
poor [2]  10/20 51/14
pop [1]  11/11
position [3]  4/21 32/24 44/20
positive [2]  23/10 23/16
possess [1]  60/17
possessing [1]  60/16
possible [6]  32/18 36/16 39/2 39/11 43/1 43/8
possibly [2]  22/10 39/6
postponed [1]  30/19
posture [1]  25/24
potential [2]  27/10 58/8
potentially [3]  23/4 31/4 44/19
pounds [4]  13/24 31/3 32/21 41/2
practically [1]  57/13
practice [4]  18/14 18/16 38/23 39/12
practiced [1]  5/18
practicing [1]  18/8 52/23
precedes [1]  23/25
prejudice [1]  53/9
prejudices [1]  53/20
prepare [1]  19/4
prepared [3]  20/14 35/12 57/9
prescribe [1]  18/14
prescribed [7]  33/4 33/10 33/14 34/9 34/14
  34/21 35/6
prescription [2]  34/23 35/2
present [5]  3/16 32/5 44/17 48/8 50/18
presentation [2]  10/16 56/3
presented [1]  57/25
presentence [6]  2/16 3/19 4/3 19/16 59/8
  61/4
pressure [13]  24/7 24/10 24/14 24/22 25/5
  25/14 26/17 26/19 26/21 26/21 33/13 33/17
  40/6
Pretrial [1]  62/6
pretty [4]  5/10 31/2 42/18 44/22
previously [5]  4/18 16/10 19/7 20/17 59/13
prison [20]  15/3 15/9 15/11 28/14 29/12 37/1
  51/22 55/7 55/25 56/23 58/2 58/4 58/5 58/9
  58/10 58/12 58/20 58/20 58/24 59/4
Prisons [35]
Prisons' [1]  47/5
private [2]  10/25 19/11
proactive [1]  8/3
proactively [1]  7/12
probability [1]  40/1
probably [3]  27/8 39/6 56/20
probation [17]  3/1 3/8 3/10 3/11 3/17 15/10
  54/20 54/22 55/2 60/2 60/11 60/14 60/19
  60/23 61/8 61/23 62/8
probationary [1]  54/25
problem [11]  11/4 28/11 30/10 31/8 32/20
  38/7 46/4 46/7 50/8 50/20 53/13
problematic [2]  29/3 45/25
problems [12]  22/25 23/2 23/5 23/11 23/13
  26/1 30/21 33/25 41/23 41/23 44/16 48/13
procedure [4]  7/4 37/6 37/9 56/12
proceeding [1]  56/13
proceedings [5]  1/10 3/13 13/22 62/14 63/13
process [1]  55/9
processes [1]  31/7
processing [1]  10/14
produce [2]  23/8 33/18
product [1]  10/14
profession [1]  51/5
professional [2]  13/20 56/11
proffer [1]  8/10
proffered [1]  7/11
profound [1]  13/22

**P**

prognosis [1]  23/15
program [2]  47/16 55/3
prohibited [1]  60/15
promote [1]  33/18
pronounced [1]  61/13
prosecution [3]  6/20 18/25 51/7
prosecutor [1]  8/14
prostatic [1]  33/9
prove [1]  11/13
provide [8]  29/5 30/1 36/2 36/4 36/24 37/7
 42/17 45/17
provided [9]  7/19 9/6 15/18 20/9 22/14 22/15
 22/17 24/11 59/15
providing [1]  20/22
psychiatric [4]  18/13 18/15 18/19 19/4
psychiatrist [1]  42/19
psychiatry [1]  18/8
psychological [3]  42/15 42/23 43/17
pull [1]  17/9
pumping [1]  23/22
punishment [2]  57/2 59/2
puppies [1]  12/23
puppy [1]  13/13
Pursuant [1]  59/25
put [3]  22/15 54/19 55/8

**Q**

question [6]  17/12 28/4 28/18 29/19 36/20
 37/2
questions [5]  19/22 22/12 25/18 49/23 56/4
quite [2]  5/19 50/9

**R**

raise [2]  17/2 34/18
range [8]  4/14 4/19 6/13 6/14 21/6 22/11
 59/20 59/24
rapidly [1]  27/8
rate [1]  24/10
rather [4]  18/21 43/6 47/6 55/23
rationale [1]  4/21
Ray [1]  3/24
reach [2]  19/24 21/1
reached [1]  53/7
reaching [3]  16/17 19/25 20/4
reaction [1]  57/25
read [5]  10/18 48/23 48/25 49/4 49/5
reads [1]  11/21
real [1]  43/13
realities [1]  29/6
realized [1]  53/10
really [12]  10/12 10/17 19/11 19/13 25/16
 39/9 42/1 49/18 55/3 55/6 57/1 58/23
Realtime [1]  63/12
rear [1]  9/15
reason [4]  28/12 31/5 36/14 53/18
reasonable [4]  21/5 22/1 29/10 39/5
reasonably [3]  31/22 31/23 33/12
reasons [3]  25/24 27/25 38/25
reassurance [2]  42/17 42/18
recall [1]  11/20
receive [1]  51/19
received [1]  57/1
receiving [2]  24/21 51/21
recently [3]  25/13 25/22 31/24
recess [1]  3/12
recliner [1]  55/20
recognized [1]  25/22
recommend [1]  8/1

recommendation [1]  7/25
reconvene [1]  3/4
record [5]  3/15 7/14 15/22 17/5 63/13
recorded [3]  7/18 8/13 9/2
records [4]  22/15 22/17 25/20 31/21
reduce [2]  34/12 34/12
reduces [4]  23/14 32/10 32/10 33/23
reducing [2]  33/18 33/24
reduction [6]  4/6 4/12 6/8 6/17 9/6 59/14
referred [1]  11/10
referring [1]  45/2
Reform [1]  59/25
regard [1]  8/18
regarding [8]  10/5 19/23 20/10 20/21 20/23
 21/1 27/20 37/14
regime [7]  24/18 37/8 37/20 37/21 38/10
 38/13 38/17
Registered [1]  63/11
registration [1]  55/14
regretful [1]  14/2
regrets [1]  12/5
regular [3]  29/7 45/23 46/22
regulates [1]  26/19
Regulation [1]  56/12
regulations [1]  49/15
reinforced [1]  43/5
related [19]  4/13 14/11 14/22 20/10 23/5
 25/24 27/6 32/17 33/7 33/8 33/9 34/20 40/4
 40/4 40/5 40/6 42/2 42/12 42/15
relation [1]  37/10
relationship [1]  12/7
release [1]  60/13
relevant [2]  39/12 45/17
relied [3]  22/3 24/12 46/13
relies [2]  52/8 52/13
relinquishment [1]  61/3
rely [2]  4/17 29/4
remainder [1]  59/5
remember [2]  11/17 11/19
remembers [1]  11/14
reminded [1]  11/7
remorseful [1]  13/25
removed [3]  30/15 30/17 31/2
renew [1]  55/11
repeat [1]  49/3
repeatedly [1]  42/8
repertoire [1]  55/13
report [13]  2/16 2/23 3/19 4/3 19/4 19/16
 30/22 37/1 59/8 61/5 61/23 61/24 62/7
reported [1]  24/15
reporter [5]  1/21 1/21 5/4 63/11 63/12
reporting [3]  50/14 62/2 62/3
reports [1]  31/21 37/15
represent [2]  25/13 25/19
representatives [1]  8/12
represented [1]  52/24
representing [1]  53/1
request [2]  6/9 15/10
requests [2]  9/10 9/12
require [6]  26/21 44/9 44/11 44/16 45/12
 45/13
required [4]  25/3 45/8 50/15 55/22
requires [2]  27/4 30/11
Requiring [1]  25/11
research [1]  21/9
reserved [1]  11/9
resolved [3]  3/1 3/18 3/21
resonated [1]  11/9
resonates [1]  58/6
respiratory [4]  26/19 30/11 31/4 35/3

respond [1]  27/24
responses [2]  47/1 47/5
responsibility [1]  51/10
responsible [2]  38/24 60/12
rest [1]  57/4
restarted [2]  37/22 37/23
restore [1]  26/8
restricted [2]  19/17 28/20
restriction [2]  30/2 61/3
restrictions [2]  28/15 28/21
result [5]  24/11 39/13 40/7 42/20 43/15
results [1]  25/5
resumes [1]  14/20
reviewed [3]  2/16 2/19 20/9
rewarding [1]  8/25
rhythms [1]  23/23
riding [1]  11/22
right [53]
rigid [4]  23/8 41/24 43/5 43/9
risen [1]  7/23
risk [2]  38/12 51/23
risks [1]  10/19
RMR [2]  1/21 63/18
Rodney [5]  12/24 13/2 13/5 13/7 13/10
Rodriguez [3]  4/12 6/11 6/12
room [4]  11/20 13/8 16/15 60/8
rottweiler [1]  13/12
rottweilers [1]  12/19
rub [1]  34/8
rule [3]  5/20 5/22 5/22
rules [2]  41/24 49/15
runs [1]  10/9

**S**

Sadie [3]  13/13 13/14 13/18
safety [1]  9/3
salespersons [1]  7/15
same [5]  4/20 30/5 36/2 36/9 58/7
sand [1]  34/8
Santucci [4]  2/25 3/4 3/22 5/18
Santucci's [1]  3/2
sat [1]  7/13
save [1]  26/8
saw [4]  45/2 54/7 55/6 55/20
say [11]  12/2 26/7 34/24 39/8 39/10 42/19
 48/5 48/20 50/22 50/25 58/19
saying [3]  21/11 39/10 56/13
says [2]  56/21 59/3
scale [2]  25/14 39/5
scared [2]  13/25 54/3
scenario [2]  23/14 54/21
school [2]  11/15 12/11
schoolteacher [1]  11/16
Schwartz [7]  1/15 2/8 4/23 49/23 52/6 53/2
 57/20
science [1]  11/21
Scott [4]  17/3 17/6 17/20 63/3
Scout [2]  1/19 12/11
search [1]  61/4
searches [2]  48/19 48/19
seat [1]  17/7
seated [2]  2/3 3/14
seats [1]  44/23
second [4]  11/5 11/6 32/6 52/1
seconds [1]  14/20
Section [5]  58/16 59/10 59/16 59/18 60/7
seek [1]  61/21
seem [1]  28/6
seems [2]  11/9 33/12
seen [4]  12/8 25/19 40/13 40/17

## S

segregation [1]  48/6
selective [1]  11/18
sell [2]  50/16 55/16
selling [1]  55/15
sells [1]  10/10
send [4]  56/22 58/10 58/20 58/24
sending [2]  55/24 58/19
sense [8]  41/25 42/1 42/3 42/5 42/7 42/8 43/9
58/25
sensitive [1]  34/7
sent [3]  19/8 52/20 53/2
sentence [14]  5/14 6/1 9/7 44/5 52/7 54/20
54/25 56/5 59/14 59/23 61/8 61/11 61/13
61/18
sentenced [4]  15/9 43/19 55/12 58/3
sentences [1]  37/16
sentencing [13]  1/10 2/15 5/8 5/12 5/21 10/7
52/9 52/21 54/17 54/19 59/16 59/18 59/25
separate [1]  20/8
September [1]  21/14
September 7th [1]  21/14
serious [1]  26/20
serve [1]  18/21
service [1]  10/14
services [5]  20/1 35/10 47/13 48/12 62/6
set [3]  15/19 35/21 59/10
seven [2]  15/18 15/21
several [4]  7/18 8/13 24/3 31/10
severe [2]  25/10 25/20
SFranklinUSDC [1]  1/23
shall [8]  60/4 60/13 60/15 60/15 60/16 60/17
60/18 61/6
shared [1]  11/1
she's [3]  9/15 9/18 9/20
shield [1]  11/25
shifted [1]  33/3
shipping [1]  16/14
short [2]  10/11 15/5
shortcut [1]  11/11
shortly [2]  55/13 57/14
shortness [1]  39/20
should [9]  7/24 11/6 48/19 49/10 49/13 50/13
58/2 61/23 62/7
shut [1]  57/9
sick [1]  31/3
side [6]  38/13 38/19 39/17 39/18 39/20 39/21
sides [1]  2/16
signed [1]  20/14
significant [4]  7/11 7/16 22/9 40/24
significantly [1]  27/21
simple [1]  10/8
simply [3]  8/7 32/25 36/8
since [5]  35/3 50/17 50/18 53/2 55/15
sir [3]  17/7 52/5 57/18
sit [1]  13/18
sitting [1]  44/20
situation [7]  28/20 47/2 52/23 54/21 57/24
58/22 59/1
six [2]  38/21 55/4
size [1]  45/12
skin [1]  31/3
sleep [12]  14/15 14/15 14/21 25/18 25/21
25/22 26/6 26/9 26/10 26/20 34/22 45/8
social [2]  23/6 41/19
society [2]  53/9 53/20
solid [1]  21/9
somebody [2]  30/10 58/12

somehow [1]  53/23
someone [6]  3/7 32/20 37/4 52/24 56/24
58/10
something [11]  5/22 10/12 25/17 27/3 38/3
39/7 39/22 43/13 44/21 45/11 53/24
something's [2]  41/4 53/12
sometimes [5]  12/20 23/25 36/5 38/15 58/11
somewhat [3]  25/9 29/9 32/12
somewhere [1]  22/11
soon [4]  3/4 3/11 15/3 51/14
sorry [6]  3/10 15/7 25/15 47/21 51/2 51/7
sort [3]  42/22 44/11 44/14
sounds [1]  14/17
sources [2]  22/18 29/10
South [1]  18/12
SOUTHERN [1]  1/1
space [1]  11/22
spaces [3]  34/7 34/7 40/23
speak [4]  5/7 9/14 17/10 48/11
speaking [1]  57/13
special [11]  44/9 44/11 46/16 46/21 47/1 47/5
60/20 61/2 61/7 61/9 61/10
specialized [2]  45/13 45/18
specific [1]  36/5
specifically [2]  37/3 37/3
spell [2]  9/24 17/5
spelled [1]  10/1
spending [3]  11/20 49/2 59/5
spends [1]  16/12
spent [2]  11/13 11/25
spike [1]  26/2
spiritual [1]  10/19
Spironolactone [1]  33/15
spite [2]  28/19 32/4
spoke [2]  11/25 20/7
spoken [5]  5/17 5/17 56/10
spots [1]  53/15
St [3]  16/7 53/4 55/18
stability [1]  43/11
stacks [1]  40/21
stand [2]  11/2 50/7
standard [6]  8/24 26/24 33/11 46/7 46/23
60/18
standards [1]  10/13
standing [2]  50/7 50/10
Star [1]  11/23
start [3]  4/9 6/9 6/14
started [2]  4/13 13/12
starting [2]  4/22 6/1
state [5]  2/7 8/14 17/4 55/8 56/20
stated [1]  38/25
statement [4]  9/18 9/20 37/5 50/4
statements [1]  59/8
STATES [12]  1/1 1/3 1/12 1/15 2/5 60/5 60/6
60/7 60/10 60/11 60/11 61/7
station [1]  55/2
statistically [1]  27/3
status [1]  44/10
statutory [3]  4/8 5/13 59/9
stay [1]  5/5
stays [1]  57/4
step [1]  7/12
Stephen [1]  1/21 63/11 63/17 63/18
Steve [25]
Steve's [3]  13/14 15/5 15/8
STEVEN [5]  1/6 2/5 10/5 19/2 60/1
stickiness [1]  32/11
still [2]  6/21 10/9
Stock [1]  11/23

stools [1]  45/2
stop [1]  53/23
stops [2]  14/17 25/23
stories [1]  11/1
story [2]  11/4 11/7
straddle [1]  5/25
stray [1]  12/24
Street [1]  1/22
stress [4]  27/9 27/11 27/22 40/4
stricken [1]  30/8
strip [2]  48/19 48/19
strong [3]  23/22 39/11 52/10
structure [1]  43/4
struggle [5]  10/17 54/12 54/13 54/13 54/15
struggles [1]  55/24
struggling [2]  53/4 56/15
study [2]  22/5 22/8
stuff [2]  42/4 42/17
stupid [1]  50/15
style [1]  28/19
subject [2]  25/4 49/19
subjected [1]  8/18
submit [1]  6/24
submitted [2]  6/24 12/9
subpoena [1]  53/3
substance [1]  60/17
substances [2]  7/5 55/15
substantial [9]  6/17 7/19 7/23 8/16 9/6 9/8
43/3 58/15 59/15
substituted [1]  37/25
substitution [1]  38/20
success [2]  24/10 24/15
successful [2]  7/22 24/17
such [4]  16/13 30/10 44/24 49/15
suffer [1]  39/14
suffering [1]  13/13
suffers [7]  22/13 22/22 24/7 24/23 25/20
26/25 30/14
sufficiently [1]  47/4
sugar [3]  25/2 25/13 26/2
suggest [1]  21/21
suitable [1]  46/15
sum [1]  37/14
summary [2]  22/21 44/6
super [1]  53/16
super-duper [1]  53/16
supervision [1]  29/16
suppliers [1]  7/10
supply [1]  10/11
supplying [1]  7/5
support [5]  29/5 32/22 45/14 46/8 47/13
supports [1]  37/9
sure [4]  7/5 12/6 14/12 62/1
surgery [7]  30/15 30/23 31/2 31/6 35/3 43/12
54/2
surprising [1]  25/9
surrounding [1]  58/1
surrounds [1]  10/16
survive [1]  14/7
suspicious [1]  50/14
switch [1]  43/19
sworn [1]  17/3
sympathy [1]  56/17
symptoms [6]  33/24 34/13 39/21 39/21 41/17
41/21
system [4]  10/9 18/16 50/13 51/19
systems [1]  25/6

## T

T-e-s-t-i-m [1]  34/15

**T**

table [2]  3/25 13/8
tables [1]  21/8
tachycardia [2]  23/3 23/24 24/5
take [3]  14/6 15/2 36/17
taken [2]  3/12 37/19
takes [1]  13/15
taking [5]  3/7 35/25 44/13 55/9 59/22
talk [3]  43/21 45/5 47/15
talked [2]  34/21 47/7
tall [1]  41/2
Tallahassee [1]  56/11
Tampa [2]  1/20 53/3
tangents [2]  6/21 6/23
targets [1]  7/14
task [2]  20/22 36/10
tasked [1]  41/7
tasks [1]  14/11
team [1]  51/7
teased [1]  11/15
telephone [1]  20/8
television [1]  11/21
tell [14]  9/24 14/16 14/18 17/19 25/1 25/21
 31/1 35/16 45/19 48/22 48/24 49/5 53/20
 56/8
telling [1]  51/6
tells [1]  11/4
tenaciously [1]  23/12
tend [3]  23/8 34/6 47/2
tendency [1]  35/4
tends [1]  33/18
term [1]  54/25
terminally [3]  29/23 29/23 30/9
terms [8]  4/2 6/15 26/18 36/23 45/13 45/14
 47/22 58/6
testamentary [1]  21/24
testified [2]  18/24 54/7
Testim [1]  34/15
testimony [5]  41/18 43/22 43/25 52/22 63/3
testosterone [3]  34/14 34/18 34/18
thank [33]
that thing [1]  38/23
that's [43]
themes [1]  46/25
themselves [1]  7/15
there's [8]  4/8 5/10 5/14 5/22 26/12 28/15
 29/7 33/13
thereby [1]  33/24
they're [14]  11/12 12/19 12/20 12/22 12/22
 12/23 35/23 36/5 37/23 38/5 42/1 48/2 48/4
 54/15
they've [1]  50/25
thing [5]  6/3 6/3 21/22 38/23 58/6
things [9]  34/20 39/22 40/6 40/22 42/4 42/17
 45/16 47/3 47/14
think [20]  6/3 22/17 29/15 29/24 30/16 35/20
 37/4 39/7 39/10 41/18 46/25 49/12 49/18
 52/7 53/9 53/10 53/15 53/23 53/24 55/24
thinks [1]  42/13
third [2]  8/1 51/17
Thirty [1]  18/9
those [21]  6/23 7/8 8/19 8/19 20/12 20/16
 22/16 22/24 27/7 27/15 27/25 35/22 36/14
 39/22 40/21 40/22 42/9 44/25 45/16 53/21
 59/22
though [3]  13/6 47/20 57/13
thought [2]  53/7 53/19
threatened [1]  39/14
threatening [5]  23/4 38/21 38/22 39/2 43/10

three [16]  4/6 4/9 6/8 12/13 14/14 20/8 21/6
 21/11 21/17 22/5 29/20 29/25 30/1 45/8
 54/25 59/2
three-level [2]  4/6 6/8
three-year [2]  22/5 59/2
three-year-old [1]  12/13
through [7]  3/21 12/8 24/20 38/15 47/11
 49/14 59/10
throwing [1]  42/22
thrown [1]  40/7
tick [1]  53/5
tight [1]  53/22
timeframe [1]  57/12
times [5]  12/11 13/17 14/14 41/25 42/1
tissue [1]  31/3
today [6]  10/5 21/11 51/7 52/22 55/12 56/15
today's [1]  19/10
together [3]  13/2 22/16 38/18
toileting [2]  44/12 44/18
told [6]  11/6 28/18 29/11 46/13 51/6 56/8
too [2]  45/15 53/20
took [1]  13/1
topic [1]  43/19
total [3]  11/24 60/5 61/8
touched [1]  56/4
tough [1]  12/22
toward [1]  35/4
towards [1]  17/10
tracheostomy [1]  31/5
tracheotomy [1]  54/3
trade [1]  29/7
traded [1]  48/11
trading [1]  48/13
traits [2]  23/7 23/13
transcript [2]  1/10 63/13
transpire [1]  15/7
transportation [1]  47/13
treat [4]  18/18 24/14 26/6 38/3
treated [2]  13/6 12/5
treating [1]  24/17
treatment [5]  24/21 25/3 27/4 33/12 37/11
treatments [1]  36/7
treats [1]  24/9
Trek [1]  11/23
tremendous [1]  33/2
trial [1]  8/20
tried [2]  5/11 51/11
trigger [1]  39/24
trimmer [1]  23/20
troubling [2]  12/7 57/22
truly [2]  12/7 51/7
trust [1]  10/12
try [3]  17/9 37/6 50/7
trying [2]  11/13 11/25
tuition [1]  12/14
turns [1]  21/14
two [13]  5/15 5/25 11/2 11/5 12/3 13/3 30/13
 43/21 43/24 45/7 46/23 51/16 60/23
two-man [1]  46/23
type [3]  24/23 25/2 28/25
typical [3]  29/14 31/2 40/23

**U**

U.S.C [1]  59/10
Uloric [2]  33/20 33/22
un [1]  30/2
unable [2]  10/21 61/21
unassisted [1]  15/1
unavailable [1]  48/7
under [16]  4/12 5/15 5/21 6/12 7/3 10/9

27/22 28/7 28/21 36/17 55/1 58/16 58/25
 59/16 59/17 59/19
understand [5]  3/6 30/4 53/8 53/10 53/10
understanding [3]  31/20 36/15 51/16
understands [2]  10/19 57/15
understood [1]  25/25
unfortunately [2]  27/17 36/3
unhelpful [1]  47/6
unique [2]  47/2 52/23
unit [3]  31/24 46/16 46/21
UNITED [12]  1/1 1/3 1/12 1/15 2/4 60/5 60/6
 60/7 60/10 60/10 60/11 61/7
units [1]  48/7
University [1]  18/11
unless [1]  62/8
unlikely [3]  23/15 27/18 30/3
unmet [1]  27/23
unmistakable [1]  54/10
unnecessarily [1]  58/12
unpleasant [1]  14/10
until [4]  9/7 12/6 13/2 50/20
unusual [1]  47/4
upon [7]  4/7 4/8 6/11 22/4 59/15 59/18 60/13
upper [1]  23/20
upstairs [1]  11/6
uric [4]  33/22 33/23 34/6 34/12
us [13]  7/19 9/24 9/25 17/19 22/1 25/1 25/21
 31/1 42/3 44/5 53/10 53/20 54/5
used [2]  22/18 34/11
useful [1]  47/3
using [2]  6/7 36/25
usually [2]  4/13 4/18
utilizes [1]  47/12

**V**

variance [3]  9/10 9/12 59/20
variances [1]  58/17
variety [10]  22/15 22/25 23/1 23/4 23/7
 25/23 26/1 34/19 41/11 41/22
various [4]  26/6 30/21 42/21 59/22
vary [1]  21/9
ventricular [3]  23/3 23/22 24/5
versus [1]  2/5
very [26]
veteran [1]  47/9
video [9]  10/15 15/16 16/20 40/12 40/19 45/3
 54/8 55/6 55/20
videos [1]  42/9
Videotape [1]  16/4
view [4]  43/14 43/15 54/9 55/11
visitation [1]  48/20
visitations [1]  48/19
visited [1]  57/16
visually [1]  40/14
vitamin [3]  10/12 32/14 32/16
vitamins [2]  16/12 57/11
void [1]  12/18
voluntary [1]  48/10
volunteers [1]  47/25

**W**

wait [3]  3/3 3/9 9/7
wake [1]  13/19
wakes [1]  15/2
walk [1]  42/6
want [56]  5/2 8/6 9/11 11/19 14/13 15/17
 19/11 19/13 19/22 20/20 22/12 25/18 30/13
 43/19 51/17 51/21 52/6 57/5 59/3
wanted [3]  3/23 11/5 11/7
wants [4]  29/11 57/8 58/11 58/12

**W**

warden [3]  20/5 35/11 48/16
wasn't [2]  58/21 58/25
watch [1]  40/12
watching [3]  11/20 13/4 13/4
ways [1]  32/13
we'll [3]  3/10 6/14 19/19
we're [7]  3/15 5/23 49/2 54/23 56/17 56/18
59/1
we've [5]  3/17 27/12 42/7 47/7 49/12
week [1]  56/9
weekend [1]  53/21
weeks [2]  13/10 60/23
weighed [1]  54/2
weighing [1]  38/12
weighs [1]  32/20
weight [15]  10/21 11/3 11/15 30/23 31/2 31/6
31/7 32/22 33/2 43/12 45/14 49/16 52/25
53/9 53/19
well [24]
went [4]  7/12 8/16 9/1 58/5
West [3]  1/7 1/19 1/22
what's [5]  21/25 24/23 34/17 47/11 48/24
whatever [2]  11/11 38/15
wheelchair [1]  2/12
where [12]  4/9 6/14 16/5 16/11 25/14 28/15
28/20 29/15 38/17 46/18 59/4 62/3
whether [4]  29/20 39/13 44/14 53/11
while [6]  5/19 8/22 10/25 14/16 29/12 60/14
who's [7]  2/11 3/24 12/10 16/23 30/10 41/14
52/24
whole [1]  56/16
wholesale [2]  50/19 56/14
wholesaler [1]  55/16
wholesalers [3]  7/3 7/9 7/16
whom [2]  35/11 58/4
why [12]  12/1 15/6 27/5 27/16 32/2 33/1 34/5
38/9 42/10 48/24 49/4 58/2
wife [1]  14/6
wind [2]  57/10 60/23
wind-down [1]  57/10
winner [1]  54/13
Wise [14]  20/5 20/13 24/11 24/16 27/20
28/17 35/11 45/19 46/14 46/21 48/15 48/18
49/3 54/18
wish [1]  61/18
withdrawn [1]  13/11
within [8]  6/2 13/10 16/9 39/4 44/25 55/4
56/9 61/19
without [5]  15/25 20/17 45/16 52/1 53/16
witness [3]  16/22 16/23 17/3
won't [3]  45/21 51/3 57/13
work [9]  12/2 13/16 15/5 54/9 56/24 56/25
57/3 57/17 60/22
working [4]  29/17 38/18 50/17 60/24
works [1]  10/20
world [1]  23/7
worry [1]  50/11
worse [5]  27/22 28/8 28/12 39/22 55/8
worsen [7]  25/5 27/4 27/5 27/6 27/8 27/11
27/14
worth [3]  35/20 58/19 58/21
worthy [1]  11/13
wouldn't [4]  25/17 28/23 38/22 38/14
written [2]  20/9 20/11
wrong [1]  41/5

**Y**

year [13]  12/13 13/13 13/23 14/4 14/22 14/25

22/5 47/9 52/1 53/2 54/22 54/25 59/2
yearning [1]  12/23
years [16]  12/18 13/2 13/3 18/9 20/6 21/6
21/11 21/17 22/11 24/3 43/7 50/20 50/24
53/14 54/25 60/12
years' [1]  61/8
yes [70]
yet [3]  10/20 14/5 25/3
you'll [2]  10/7 10/15
you're [13]  17/12 21/11 24/2 28/9 31/9 35/2
35/6 44/6 45/6 47/18 56/21 56/22 61/20
you've [6]  12/8 18/8 25/19 40/15 40/17 43/24
young [1]  43/5